FILED
SEP - 3 2009
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jessalyn L. Marcus
2384 Glenmont Circle, #207
Wheaton, Maryland 20902
(301) 933-5355

Case: 1:09-cv-01686
Assigned To : Urbina, Ricardo M.
Assign. Date : 9/3/2009
Description: Employ Discrim.

JURY ACTION

vs.

The Department of the Treasury
Bureau of Engraving & Printing
(Lorraine Robinson, Gregory Carper, Catherine Fager, Leonard Olijar)
14th & C Street, S.W.
Washington, D.C.

## COMPLAINT

Plaintiff, Jessalyn L. Marcus (Marcus), an African-American female, brings this action against her former employer, The Bureau of Engraving & Printing (BEP) which is a division of The Department of the Treasury, alleging that the Bureau's officials discriminated and retaliated against her on the basis of race in regards to failure to promote.

**BACKGROUND**

Marcus was hired on January 14, 2002 to an entry level position as a GS-5 Mutilated Currency Examiner at its Washington, DC facility located at 14th & C Streets, S.W. Her duties included identifying and reconstructing damaged currency, and determining the value of the damaged money for reimbursement. The defendant is the federal government agency that designs, prints and furnishes the US paper currency for delivery to the Federal Reserve System.

In the Fall/Winter of 2003, the former Chief Finance Officer (Gregory Carper), current Chief Finance Officer (Leonard Olijar), and former Division Manager (Lorraine Robinson) held a department meeting in

RECEIVED
AUG 27 2009
Clerk, U.S. District and Bankruptcy Courts

The Office of Currency Standards (OCS) to discuss the possibility of a GS-11 Mutilated Currency Specialist relocating to the Fort Worth, Texas Western Currency Facility to process the Level 4 and Level 5 cases (which are the most difficult) on the public tour. This office is made up predominantly of African American females. None of the GS-11 Mutilated Currency Specialist's showed any interests so Plaintiff asked if the offer was only for the higher grade (GS-11) Mutilated Currency Specialists. Carper said that if any lower level Mutilated Currency Examiners was interested in relocating they would be placed in an "Accelerated Training" program to ensure they could process the Level 4 and 5 cases **and** they would be promoted to the GS-11 Mutilated Currency Specialist position. Based upon these representations Marcus volunteered to travel to Texas in March, April and May 2004. In May 2004 Robinson provided Marcus with a Salary Verification Letter which stated she was due to receive a grade increase effective September 1, 2004. Marcus agreed to relocate permanently and moved to Texas in August 2004. Prior to her relocation Robinson informed Marcus that she could not receive the GS-11 promotion in September as originally agreed but she would receive a grade increase every 6 months until the GS-11 was reached and she would receive her first grade increase on September 1, 2004. The salary/pay grade scale for the Mutilated Currency Examiner/Specialist positions was GS-5 through GS-9. There was no GS-10 and you had to compete for the GS-11 Mutilated Currency Specialist position if a position became available. At the time of Marcus' relocation to Texas she was a GS-7 Mutilated Currency Examiner and she was to still be considered a Washington, DC employee. After her transfer to Texas her primary responsibilities were to process the Level 4 and 5 cases on the public tour; interact with the tourists (giving small speeches and answering questions); and conducting interviews with various media sources (including newspapers, magazines, and television). By mid-September, Marcus had not received the GS-8 promotion as agreed, although an attempt was made in August 2004 to process the promotion it was rejected by Human Resources due to an OPM Statute regarding a time-in grade requirement. Marcus contacted Robinson and Robinson told her she would have to wait until March or April 2005 to receive her GS-8, wait another year around March/April 2009 for her GS-9 and wait for a GS-11 position to become available sometime the next year (2010). Marcus complained that she felt that she was misled. Robinson then proceeded to tell Marcus that "after 28+ years in the federal government she has learned that sometimes the people at the top will say things that they don't mean to get the job done."

Robinson went on to tell Marcus not to "burn her bridges or step on any toes". Marcus was also cautioned not to discuss the situation with anyone. . Marcus believed managements conduct was illegal and she contacted EEO Representative, Paula Rathers on 10/5/04. Rathers suggested that Marcus get letters from her co-workers that were at the 2003 Staff meeting. Marcus then asked her co-worker Eric Walsh (a white male) who was in Texas for a 2 1/2 week work rotation to write a letter stating what he heard at the 2003 staff meeting. After writing the letter, Walsh told Marcus that he was also interested in the relocation to Texas but after speaking with his father who is the Manager in the Finance Department in the BEP, DC Facility he was talked out of the idea and he changed his mind. Rathers referred Marcus to her Union because she was covered by a Collective Bargaining Agreement and Rathers informed Marcus that if she was not satisfied with the outcome of the union she could return to her for further assistance. Marcus then sent Robinson an email on 10/6/04 and informed her that she had contacted an EEO Representative. On 10/14/04 Robinson again warned Marcus not to "burn her bridges" and she also told Marcus "What happens in the OCS stays in the OCS. We fix our own mess". On November 29, 2004 the union filed a grievance on Marcus' behalf. From August 2004 to August 2005 Marcus worked in the Fort Worth, Texas Western Currency Facility as the primary Mutilated Currency Examiner on the public tour where she processed approximately 175 Level 4 and 5 cases. Shortly after contacting the EEO Rep and filing the union grievance Marcus was subjected to a barrage of adverse employment actions including:

unilateral change of work schedule without prior union approval

management falsely accusing plaintiff of making errors in her work

increased and harder work load

inadequate and insufficient training

management closely monitored and questioned plaintiff's time and attendance

plaintiff's hardship request for a transfer/detail (due to family emergency) denied

plaintiff's request for extension of Leave Without Pay (LWOP) denied

plaintiff was placed in an Absent Without Leave (AWOL) status

After enduring 17 months of retaliatory discrimination Marcus resigned under stress and duress on March 29, 2006. In April 2006, Marcus filed an EEOC claim/grievance (EEOC No. 570-2008-00233X, Agency No. BEP-06-0137-F) which included 26 allegations that she was subjected to retaliation for participating in protected activity, in violation of Title VII of the Civil Rights Act, 42 U.S.C. 2000e. On July 30, 2007, the EEO Branch Manager, Martha Smith, of the Treasury Complaint Mega-Center in Dallas, Texas dismissed 17 of the 26 claims pursuant to EEOC Regulations at 29 CFR 1614.107(a)(2) for being raised untimely or already being part of union grievance.

At issue here are Allegations 17, 19, and 20 of Marcus' EEOC claim which were not part of the Union grievance and were dismissed by the EEOC for being raised untimely.

**Allegation 17 - On or about September 23, 2005, Complainant learned that she had been rated as not meeting the qualifications for the position of Mutilated Currency Specialist, GS-11, advertised under Vacancy Announcement Number 2005-119-AAD**

**Allegation 19 - On or about October 18, 2005, Complainant learned that the position for which she applied, Claims Control Technician, GS-6, advertised under Vacancy Announcement Number, 2005-115-AAD, had been cancelled.**

**Allegation 20 - On or about November 14, 2005, Complainant learned that the position for which she applied, Claims Control Technician, GS-5, advertised under Vacancy Announcement Number, 2005-122-AAD, had been cancelled.**

**<u>ARGUMENT</u>**

Discrimination claims that are dismissed by the EEOC may be filed in district court under Section 1981.

Section 1981 of Title 42 of the United States Code (part of the Civil Rights Act of 1866) protects employees from race discrimination in hiring, firing, promotions and all other terms and conditions of

employment, including harassment, disparate treatment, and retaliatory action. CBOCS West Inc., v. Humphries , No. 06-1431 (US Supreme Court - May 27, 2008).

Courts have consistently held that claims actionable under Section 1981 must be rooted in racial discrimination. Thus, to state a claim and ultimately to recover under 42 U.S.C. 1981 a plaintiff must plead and prove that her rights guaranteed by this section were violated because of her race. Tillman v. Wheaton-Havom Recreational Assoc. (4th Cir 1975) 517 F.2d 1141; Faraca v. Clements (5th Cir 1975) 506 F.2d 956, certiorari denied, 95 S. Ct 2627.

Section 1981 prohibits ONLY intentional race discrimination in the making and enforcement of contracts. Domino's Inc. v. McDonald, 546 US 470, 474 (2006). In 1991, Congress extended Section 1981's scope to include "the making, performance, modification, and termination of contracts, and the enjoyment of all benefits, privileges, terms and conditions of the contractual relationship," 42 U.S.C. 1981(b). The charging period begins when the discriminatory decision is made and the statute of limitations for nearly all employment based Section 1981 claims is four years. Jones v. R.R. Donnelly, 124 S. Ct. 1836 (2004). In this case, the Plaintiff was rejected for a GS-11 Mutilated Currency Specialist position on 9/23/05.

Unfair treatment is not necessarily unlawful, however, treating a person unfavorably in comparison to others may violate the law when that person's protected status is a factor in the treatment.

> **Example: Giving a white female a better work assignment than a similarly qualified minority female or approving leave for a white male and denying leave for a similarly situated minority male may be discriminatory.**

To prove a prima facie case of discriminatory failure to promote, a plaintiff must prove:

1. he/she is a member of a protected group
2. he/she applied for the position in question

3. he/she was qualified for the position

4. he/she was rejected for the position under circumstances giving rise to an inference of unlawful discrimination. Carter v. Ball, 33 F.3d 450, 458 (4th Cir 1994)

An employer may rebut a plaintiff's prima facie case by demonstrating that the person promoted was better qualified for the position. The plaintiff then may attempt to prove that the employer's articulated reason for promoting the successful applicant was merely pretext. The plaintiff bears the final burden of persuasion on the issue of intentional discrimination.

If the avowed reason that the Plaintiff in this case was denied the GS-11 Mutilated Currency Specialist position was lack of qualifications and the selected employee also lacked the required qualifications then that reason is not a "legitimate, non-discriminatory reason". The Plaintiff has submitted evidence (which was obtained from the BEP during the Discovery phase of her EEO claim) which shows that Tina Barnett (Caucasian female selected for the GS- 11 Mutilated Currency Specialist position) NEVER processed any of the Level 4 or Level 5 cases between 2004 - 2006, she only processed four Level 1 cases in 2004 and eight Level 1 cases in 2005. In comparison, Marcus processed and completed over 2,775 Level 1-3 cases in 2002; processed and completed over 3,100 Level 1-3 cases in 2003; processed and completed 996 Level 1-3 cases and 82 Level 4 and 5 cases in 2004; and processed and completed 13 Level 3 and 92 Level 4 and 5 cases between January - July 2005. Other evidence Marcus has submitted shows Mrs. Barnett has spent the past 7 years performing duties/work that was commensurate with a GS-5/6 Accounting Technician position while being classified and paid at the GS-11 Mutilated Currency Specialist position since 2005.

Furthermore, Marcus has also submitted evidence that Mrs. Barnett deliberately made false and inaccurate statements and claims (misrepresentations in credentials and overstated qualifications regarding her training and performance as a Mutilated Currency Specialist) in both her resume' and KSA's for the U.S. Government federal employment position, GS-11 Mutilated Currency Specialist. Management (specifically Lorraine Robinson and Catherine Fager) were well aware of these false claims

made by Mrs. Barnett and as a result Mrs. Barnett was given and has sustained an unfair competitive advantage in career advancement in title, salary, and benefits.

One of the rules established by the Office of Personnel Management (OPM) for the federal government to follow in hiring, promoting, and all terms and conditions of employment states under The Merit System Principles, Title 5, Part III, Subpart A, Chapter 23 2301:

(b)(1) Recruitment should be from qualified individuals...selection and advancement should be determined solely on the basis of relative ability, knowledge and skills, after fair and open competition which assures that all receive equal opportunity.

(9) Employees should be protected against reprisal for the lawful disclosure of information which the employee reasonably believes evidences-

(A) a violation of any law, rule or regulation or

(B) mismanagement, a gross waste of funds, an abuse of authority...

The evidence shows that the BEP promoted an employee (Tina Barnett, Caucasian female) who did not meet the stated qualifications for the GS-11 Mutilated Currency Specialist position. Therefore, the Plaintiff, an African American female, the unsuccessful applicant for the position does not need to demonstrate that she meets those qualifications in order to establish a prima facie case of discrimination. By hiring a candidate who does not meet all of the requisite qualifications, the employer effectively changed the hiring criteria for the position, and, thus, cannot defend its hiring decision by pointing to the original hiring criteria. Scheidemantle v. Slippery Rock University State System of Higher Education, 470 F.3d 535 (3rd Cir 2006); Hugh v. Butler County Family YMCA, 418 F.3d 265, 268 (3rd Cir 2005). The BEP utilized illegitimate criteria in making its promotional decision when Tina Barnett was selected for the GS-11 Mutilated Currency Specialist position in the Office of Currency Standards in 2005. Marcus was markedly more experienced and more qualified for the position than the individual that was selected. Mrs. Barnett had very little to no experience as a Mutilated Currency Examiner/Specialist at the time of her promotion. Washington v. Dept. of Justice, EEOC Appeal No. 0720060092 (2/8/07); also see Green v. DHS, EEOC Appeal No. 0720060058 (1/19/07)

In Hugh v. Butler County Family YMCA (2005) the court observed that by departing from a job postings objective criteria in making an employment decision, an employer establishes different qualifications or criteria against which an employee or applicant should be measured for the position creating an inference that something other than the posted qualifications was sufficient to qualify for the position and the employer did not pay credence to the posting requirements in its selection process. Where an applicant's qualifications are vastly superior than the selectees, this may be considered as evidence of pretext, casting doubt on the legitimate, non-discriminatory explanation offered by the employer and creating a question of material fact. Choates v. Powell, 256 F. Supp., 2d 81, 95 (DDC 2003)

Appropriate reasons for not hiring or promoting an applicant include:

1. Failure to possess the required qualifications to competently perform the duties of the vacant position.
2. Inconsistent, grossly inaccurate or fraudulent statements on the job application/resume' that was prepared and signed by the applicant.
3. Applicant does not possess the necessary skills required to competently perform the work.

The Plaintiff has demonstrated that BEP filled the GS-11 Mutilated Currency Specialist position sought by the Plaintiff with an individual outside her protected class who had no comparable or relevant experience as a Mutilated Currency Examiner/Specialist. The circumstances under which Plaintiff was not selected gives rise to an inference of discrimination on the basis of race. A fact finder could also conclude that retaliation was also a factor because two other positions were also posted in the Office of Currency Standards which the Plaintiff also applied for, was qualified for, was certified for, and was among the "Most Qualified" when the names were forwarded to the Hiring Official (who also worked under and was supervised by Lorraine Robinson) and management (specifically Lorraine Robinson) cancelled both of the positions. The Plaintiff was repeatedly told that there would be no positions available in the Office of Currency Standards anytime in the near future, however, 1 1/2 months after Plaintiff resigned two Mutilated Currency Specialist positions posted and were filled in the OCS and an additional seven positions posted and were filled between May 2006 - January 2007. The Plaintiff applied for two of these positions - the GS-5 Claims Control Technician position, Vacancy Announcement Number 2007-005-

RAW in November 2006 and the GS-6/9 Mutilated Currency Examiner position ( the same position she previously held between 2002 - 2006), Vacancy Announcement Number 2007-115-RAW in January 2007. Plaintiff was rejected for both positions because she was either not in the "area of consideration" or was no longer a BEP employee. This evidence further solidifies the required inference of discrimination and retaliation. Thus, the prima facie case here is particularly strong.

There are supposed to be safeguards in place to protect the merit system. In making selections for promotions, managers and human resources staff are bound by applicable civil service laws and the laws pertaining to equal employment opportunities.

The time in-grade requirement was only **one** of the requirements for eligibility for promotion. Managers must still select only from those individuals who have at least 1 year of specialized experience equivalent in difficulty to the next lower grade level. Moreover, individuals must meet occupational qualification standard requirements and any additional job related qualification requirements established for the position.

The employer must demonstrate that the qualification standard fairly and accurately measures the individuals' actual ability to perform the essential functions of the job. The 9th Circuit Court noted that the standard for this showing is higher "when every person excluded by the qualification standard is a member of a protected class".

Thus, the court must determine whether the plaintiff was a "qualified individual" who could perform the "essential functions" of the job. In order to show that a plaintiff is a qualified individual who can perform the essential functions of the job, the 9th Circuit Court noted that "essential; functions" are different from "qualification standards", and that courts are not bound by the employer's established "qualifications standards" in determining what the essential functions are. The court, therefore, seemed to distinguish between primary duties and marginal ones, as well as, between basic job skills and heightened qualifications.

Section 1981 permits victims of race based discrimination to obtain a jury trial at which both equitable and legal relief, including compensatory & punitive damages may be awarded. Johnson v. Railway Express Agency, Inc., 421 U.S. 454 (1975)

**REMEDY**

Plaintiff is seeking a jury trial and full, "make whole" relief including FRONT PAY/LOST FUTURE EARNINGS, BACK PAY WITH INTEREST AND BENEFITS, LOST WAGES, COMPENSATORY DAMAGES, PUNITIVE DAMAGES (IF APPLICABLE), and corrective and disciplinary actions.

Front pay is an equitable remedy and is a substitute for reinstatement when reinstatement is not possible. In calculating front pay, the plaintiff must show the amount of the proposed award, the anticipated length of putative employment and apply an appropriate discount rate. Bruso v. United Airlines, Inc., 239 F.3d 878 (7th Cir 2001). Front pay is not subject to the caps on Title VII compensatory damages. Pollard v. E.I. Dupont de Nemours & Co., 532 U.S. 843 (2001). An award of lost future earnings compensates the victim for intangible non-pecuniary loss (an injury to professional standing or an injury to character and reputation). An award of lost future earnings is a common-law tort remedy and a plaintiff must show that her injuries have caused a diminution in her ability to earn a living. The two awards compensate the plaintiff for different injuries and are not duplicative. Williams v. Pharmacia, 137 F.3d 944 (7th Cir 1998).

Compensatory damages may be awarded for future pecuniary losses, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and other non-pecuniary losses. 42 U.S.C. 1981a(b).

Punitive damages may be awarded when the defendant is found to have engaged in discriminatory practices with malice or with reckless indifference. 42 U.S.C. 1981a(b)(1). Gile v. United Airlines, Inc., 213 F.3d 365 (7th Cir 2000); Slane v. Mariah Boats, Inc., 164 F.3d 1065 (7th Cir 1999). Evidence of

egregious behavior may provide a valuable means by which an employee can show the "malice or reckless indifference" needed to qualify for such an award. Kolstad v. Am. Dental Assoc., 527 U.S. 526, 119 S. Ct. 2118 (1999)

A district court can also order demotion of somebody whose promotion was the product of discrimination. Adams v. City of Chicago, 135 F.3d 1150 (7th Cir 1998)

For the foregoing reasons, it is respectfully submitted that Marcus should be entitled to a jury trial in relation to her racial discrimination and retaliation claims. The Plaintiff feels that dismissing the case would be inappropriate and would result in irreparable harm to Marcus without an adequate remedy.

Respectfully Submitted,

Jessalyn L. Marcus
Jessalyn L. Marcus

Jessalyn L. Marcus
Jessalyn L. Marcus
2384 Glenmont Circle, #207
Wheaton, Maryland 20902
(301) 933-5355

# FORT WORTH EXPRESS

## Jessie and a New Exhibit Start-Up in Texas

*by James R. Duran*



***Jessie Marcus (front left) and Lorraine Robinson (back left) educate visitors at the mutilated currency redemption exhibit.***

**Jessalyn Marcus** officially reported to work at the Western Currency Facility on August 9th after moving from Washington, D.C. She came to the BEP in 2002, after working in the banking industry for ten years, where she gained experience in cash handling and counterfeit detection, prior to joining the Bureau team. She had the opportunity to visit Fort Worth with her 16 year old daughter Britney, after an announcement was posted for experienced volunteers to move to Texas. Who is Jessie you ask? Jessie was selected as the first permanent Mutilated Currency Examiner working cases at the new currency redemption exhibit at the WCF Tour and Visitor Center. Up to now, this type of exhibit has never been available for viewing by the public!

During the planning phases for the WCF Tour and Visitor Center, live exhibits were designed to give visitors a more hands-on experience and to allow for interaction with BEP employees. The result was three live exhibits: an engraver's bench, a spider press, and a mutilated currency redemption desk. The mutilated currency redemption exhibit will be staffed with two people by the end of the year according to **Lorraine Robinson**, Manager, Mutilated Currency Division, in Washington D.C. The mission of the Division is to redeem partially destroyed or badly damaged currency as a free public service. Ms. Robinson stated that their goal is to "give relief to people who have had some kind of mishap with paper currency and to educate the public about what they should and should not do with their money."

(Continued on page 8)



EVIDENCE EXHIBIT-A

(Fort Worth Express continued from page 3)

If the examiner is able to piece together 51% of the damaged bills, the BEP will reimburse the customer 100% of the dollar value. Every year, the BEP handles approximately 30,000 claims and redeems mutilated currency valued at over $30 million. The cases worked at the WCF will be of level 4 and level 5 difficulty, which are the most difficult cases. These are cases where the notes are in extremely fine/broken condition or fused together due to being stored in packs, rolls, or folded together. Typically, these cases will contain foreign matter as well.

Working these cases is no easy task. Lorraine added that when an examiner begins working on one of these cases, they must start with a plan and that "to do the job, you have to like puzzles and problem-solving." She says, "If you just dig in, you're going to run into trouble." She added that it takes four to five years to become a proficient examiner, "the techniques are basic, but you must develop your own methods or style."

When Jessie was selected to come to Fort Worth, her first question was, "What do I know about Texas?" She says she knew about the big hats, boots, and spurs, but wasn't sure about how friendly or open Texans would be, or if she'd experience severe culture shock. After working here temporarily for only a few weeks, including the Employee Open House, she says that she found out Texans are friendly and open, and said to herself, I really can do this, it's gonna be okay." Some of her coworkers have asked her if she is going to buy a large pickup truck when she gets here, but she says she's going to wait. She relayed a funny story about the first time she and Lorriane visited to the WCF. She says that they had been told that the facility was off of this "one lane road, out in the middle of nowhere, and that besides the Plant, the only thing out there are lots of cows and horses. That made me very nervous," she chuckled. While driving out here, Lorraine and Jessie were lost for about an hour but when they did find the WCF, they realized there had been substantial growth in the area and that animals weren't really roaming the roads.

There have been many favorable comments received from visitors about the mutilated currency redemption desk. They feel that the service provided is needed and valuable and have really enjoyed the funny stories/anecdotes passed on by Lorraine and her staff. Jessie's final comment was, "It seems like no one is in a hurry out here, they're not in a rush." Jessie, the WCF is glad that you found your way to the facility and is glad that we have the exhibit!

**The BEP Communicator is your newsletter, designed to publish information of interest to all BEP employees. Please send your news, suggestions, and comments to Tashe'da Hardy, Office of External Relations, Room 517-A, or call (202)874-2625. Extra copies of each issue of the Communicator are usually available upon request.**

The Dallas Morning News

[illegible] Leading Newspaper [illegible] Monday, October [illegible] [illegible] DallasNews.com [illegible]

In Fort Worth, currency examiners will revive your old, charred cash

# They're into saving money

By DAVID FLICK
Staff Writer

FORT WORTH — [illegible] a lot of [illegible] to remember it.

For eight hours each workday, Ms. Marcus sits at her desk at the [illegible] Bureau of Engraving and Printing's Western Currency Facility trying to [illegible] that has been [illegible] and otherwise [illegible].

She was initially attracted to the job, she said, because she liked jigsaw puzzles.

Or did.

"When I go home, I don't want [illegible] make [illegible] I haven't done a jigsaw puzzle in years," she said.

Ms. Marcus is one of 20 people employed in the bureau's Mutilated Currency Division. Eighteen of those employees are based in Washington [illegible] Ms. [illegible] [illegible] [illegible] printing facility in [illegible] Tarrant County.

Unlike in the Washington operation, the two Fort Worth employees are included in the Western Currency Facility's public tour, making it the only place in the country where the public can see currency [illegible] pros.

People who have money mutilated by fire, water, flood, termites, [illegible] or children can send their [illegible] to the [illegible]. If the [illegible] Ms. Marcus can determine that 51 percent of the bill has survived, the government will send the owner a check for the original amount. The process takes from 90 days to a year and a

See THEY'RE Page [illegible]



IRWIN THOMPSON Staff Photographer

This $100 bill was damaged by water and dirt. But it's still worth its value if 51 percent of it has survived.

EVIDENCE
EXHIBIT-B

# hey're into saving money



...and dirt. The repair methods ... with tools like knitting needles, putty knives and tweezers ... the public can see currency rehabilitation

## MONEY MATTERS

## HOW TO CASH IN

### On tour

# Parks focus ... disput...

Legal fight ... song that ... civil rights pio...

## making millions

The Dallas Morning News

Dallas, Texas, Monday, October 18, 2004


JESSIE
URRENC
NDARL
EVIDENCE
EXHIBIT-C



[illegible] LOST







# Career Opportunities

[ Back ]

Job Search

Washington DC Vacancies

Fort Worth, TX Vacancies

Resume Format and Applications

Benefits

Training

Pay Scales

Location, Facilities and Services

Special Hiring Programs for Veterans

Special Programs

Frequently Asked Questions

External Employment Links

No Fear Act

## Washington DC Vacancies

POSITION: Mutilated Currency Specialist

GRADE: GS-0301-11 NUMBER OF VACANCIES: One

LOCATION: Examining and Redemption Branch, Office of Currency Standards

AREA OF CONSIDERATION:

POSITION SENSITIVITY. High Risk Selectee subject to a full field background investigation

ANNOUNCEMENT NO: 2005-119-AAD PROMOTION POTENTIAL: None

ISSUE DATE: 09/12/05 CLOSING DATE: 09/26/05

### Duties

The incumbent, at this level, deals with cases classified by the degree of difficulty, value, rarity and the technical complexity, devoting 70% of his/her time handling the most difficult cases - levels four and five. The incumbent's works reflects the intensive and extensive experience, highly refined manual skills, judgment and creativity evolved through the understanding of the principles of printing currency, the history of reconstructing paper currency, the artistic engraving of each currency denomination as well as the introduction and continuing changes of new currency designs The incumbent determines the best method to identify currency which could include the use of chemicals, heating, freezing, hardening, softening or other methods He/she determines the value of each claim by applying laws, regulations and policies Assesses and prioritizes each case's unusual circumstances and the incomplete or conflicting data available on the case, making refinements to the methods and techniques to be used. Serves as an expert witness in testifying in Federal Courts on the amount and legitimacy of the reconstructed currency Trains other Mutilated Currency Examiners at lower grades in the art of currency examination Performs other duties as assigned.

### Qualification Requirements

Applicants must have career or career-conditional status, have no limitations regarding shift or overtime work and meet the qualification requirements of the position to be filled All applicants must meet the Office of Personnel Management's time-in-grade requirements The applicant must have at least 52 weeks of specialized experience at the next lower grade level (GS-9) Specialized experience is defined as experience that has equipped the applicant with the particular knowledge, skills, and abilities to sucessfully perform the duties of the positon and that is typically in or related to the position to be filled To be creditable, the experience must have been equivalent to at least the next lower grade in the normal line of progression for the occupation (All qualification requirements must be met within 30 days of the closing date of this announcement.)

### Basis For Evaluation

Qualified applicants will be evaluated in accordance with BEP Personnel Manual Chapter 335 A panel or rating official may be used to assess each applicant's knowledge, skills and abilities (KSAs) related to the duties of this position Job-related evaluation criteria include. 1 Knowledge of the mutilated currency claims process and requirements for entitlement 2. Ability to communicate effectively, both orally and in writing with clients, supervisors or management on the reconstruction of mutilated currency 3 Knowledge of the laws, regulations, rulings and precedents affecting mutilated currency 4 Ability to gather, assemble, correlate and analyze facts and draw conclusions for the most difficult cases – levels four and five in a timely manner 5 Ability to organize work

### How to apply

Applicants must submit the following information • A current OF-612, Optional Application for Federal Employment or resume that contains at least the minimum information requirements of the OF-510, Applying for a Federal Job, the contents of which are at www bep treas gov • A copy of your most recent SF-50, Notification of Personnel Action • A copy of your most recent performance

Opportunities:

Contract Specialist

Contract Specialist

MACHINIST HELPER

Industrial Equipment Operator

Machinist (Journeyman)

Machinist (Computer Numerical Control Programmer) (Journeyman)

Production Specialist

Lead Accounting Technician

Program Manager

CHEMIST

Claims Control Technician

Mutilated Currency Specialist

EVIDENCE 1
EXHIBIT-D

**INTRODUCTION**: This position is located in the Examining and Redemption Branch, Office of Currency Standards. The incumbent undertakes reconstructing and the identification of partially and totally destroyed, including white ash residue, and/or mutilated currency. ***At this level, work performed by the Mutilated Currency Specialist reflects the intensive and extensive experience, highly refined manual skills, judgment and creativity evolved through the understanding of the principles of printing currency, the history of reconstructing paper currency, the artistic engraving of each currency denomination as well as the introduction and continuing changes of new currency designs. Based on cases classified by the degree of difficulty, value, rarity and the technical complexity, the incumbent devotes 70% of his/her time handling level four and five cases.***

**MAJOR DUTIES**:

- Determines the best method to identify currency. This could include the use of chemicals, heating, freezing, hardening, softening and other methods devised by the incumbent to separate and identify currency residue. Assumes responsibility for a significant amount of currency to be reconstructed. *[Hazardous materials used in reconstruction must be controlled to ensure safety.]*

- Determines the value of each claim, by applying laws, regulations and policies. Because of his or her vast experience in the field of mutilated currency examining, the incumbent also uses his/her extensive knowledge and judgment in reconstructing from residue(s).

- Assesses and prioritizes each case's unusual circumstances, and the incomplete or conflicting data available on the case, making refinements to the methods and techniques to be used.

- Determines the proper recipient of the redeemed currency. Reviews existing statutes as needed to ascertain and recommend to their supervisors the appropriate recipient.

- Serves as an expert witness in testifying in Federal Courts on the amount and legitimacy of the reconstructed currency. Service as a witness is based on the extensive training received in the field of mutilated currency examining.

- Notes minute markings, with margins and minute variations in reconstructing currency notes. Analyzes each segment to determine if there are any co-adjacent pieces that relate to individual pieces. Variances in the state of decomposition of paper and engraving on paper sometimes provide sufficient evidence to ascertain the amount of currency redeemable.

- Refines and revises existing techniques as to the individual treatment required to reconstruct, sort, and segregate legitimate currency, and remove foreign matter from the paper currency and ashes based on the highly developed experience in the field of mutilated currency. *[This includes an extensive knowledge of the history and techniques of currency making in conjunction with a thorough understanding of the principles of currency reconstruction, that demonstrates a high degree of competence in both physical and chemical treatment techniques.]*

- Identifies prior currency issuances of different designs and sizes than that of modern currency, and determine its genuineness.

- Segregates currency paper pulp from all other substances not identifiable as U. S. Currency. *[The type of currency must then be segregated according to old series paper money, which is no longer in general circulation; new series money and by denomination.]* Identifies counterfeit, altered or raised notes that are forwarded to the Secret Service. In some cases the incumbent may be called upon to testify in court regarding the genuineness of the note.

- Trains other Mutilated Currency Examiners at lower grades in the art of currency examining.

- Performs other duties as assigned.

**KNOWLEDGE REQUIRED BY THE POSITION:**

--- The ability to effectively communicate both orally and in writing, with clients, supervisors or management on the reconstruction of mutilated currency.

--- ***Expert*** knowledge of the mutilated currency claims process and requirements for entitlement.

--- ***Expert*** knowledge of the laws, regulations, rulings and precedents affecting mutilated currency.

--- ***Expert*** knowledge of the fine details of lines and patterns characteristics of the various engravings, colors, tints, designs to identify the series, and denomination of currency. [Because currency printing is an art and all currency notes have some variances, the incumbent must be an expert in all types of currency, specifically, judging color that may vary because of heavy or light inking in the original batch run or by age and fading. This is important with the continuous introduction of new currency designs.]

--- ***Expert*** knowledge of states statutes governing found, lost, or stolen currency to determine its rightful owners.

--- *Expertise* in the recognition of counterfeit, altered, and raised notes.

--- Ability to visualize and compensate for degrees of distortion-in engraving patterns of the currency as a result of its form of mutilation. The incumbent must recognize, when the stated circumstance surrounding mutilation, conflicts with the physical evidence presented.

--- Skill, initiative and ingenuity in applying and developing the art of discerning and separating fragile and tightly adhered notes and/or foreign matter, especially white ash.

--- Ability to train apprentice examiners and perform supervisory work functions when requested.

**SUPERVISORY CONTROLS:**

Based on the degree of cases handled by the incumbent (Level 4 and 5), and because of the intensive and extensive experience and demonstrated skill in the reconstruction of identification of paper currency, the incumbent is responsible for planning and carrying out assignments on his/own initiative. The incumbent has delegated authority to take final disposition action, not subject to further technical review. The supervisor becomes involved technically, only when controversial situations arise. The supervisor may periodically review report writing compliance to ensure and maintain the standards and practices of the Office of Currency Standards.

**GUIDELINES:**

The United States Code of Federal Regulations and Treasury Decisions and rulings are followed in assessing the amount of currency that can be redeemed. Because of the complexity of the cases and the wide flexibility in laws and regulations, it is the incumbent's responsibility to ensure that the government's interest is protected by approving only for redemption, the amount that is in evidence, not in affidavits. The incumbent must apply the proper techniques in analyzing the residue. The guidelines for technique vary and are not necessarily directly applicable to each and every case. While strong internal controls exist in reviewing cases, it is the original independent judgment and extensive experience of the Mutilated Currency Specialist that formulates all opinions and judgment due to the ability of the examiner to reconstruct the physical evidence as a basis for their opinion. The incumbent must also determine which of the overlapping jurisdictional provisions are applicable.

**COMPLEXITY**:

Claims are submitted by banking institutions, Federal Reserve Banks, and the general public. The majority of cases handled by the incumbent consist of amorphous masses of paper pulp claimed to consist entirely of genuine United States paper currency. The shapeless pieces of paper come in all sizes and can be solid, ash, burnt, chemically modified, and any other condition that a rag based paper can be converted to. Generally, such cases include non-currency paper and other materials associated with the cause of the damage. The position requires the incumbent to be ***knowledgeable of how the currency residue was destroyed***.

Experience and judgment is critical in determining the types of fragments and their relationship to one another. It is of extreme importance that duplications of currency notes not be made to ensure that overpayments are not made to the claimant.

**SCOPE AND EFFECT**:

The free world economy is based on the United States currency notes. The western world realizes that old and worn U.S. Currency can be redeemed at full face value. The public service provided by the Examining and Redemption Branch is the only one of its kind in the world. All poorly supported currency residue is forwarded for examination and redemption to this Branch and it is the final step for any person or organization to obtain redemption of currency residue. Because of the sensitivity involving U. S. Currency and the monetary value for individuals, numerous external memoranda and congressional manual memoranda are generated.

Request for replacement redemption of currency is also received directly from foreign world to United States banks in conjunction with agreements between the Treasury U.S. Banks and foreign countries. Payments authorized based on the Specialists assembly of evidence are final without further recourse to any other government agency or reversal of decisions by any other government agency.

**PERSONAL CONTACTS**:

Contacts include Secret Service, IRS, FBI and/or any Drug Enforcement Agency Special agents, as well as co-workers, supervisors and the general public.

**PURPOSE OF CONTACTS**:

Occasional consultations with regard to whether positive identification can be made of extremely minute currency fragments are held with colleagues (e.g., to get a second opinion.) The incumbent provides information to Secret Service Agents regarding

suspected cases of counterfeit or fraud. Depending on various cases, the incumbent could be called as an expert witness to support the government's position in Federal Courts as a result of their findings in cases involving fraud, income tax evasion, drug or other Federal criminal offenses.

**PHYSICAL DEMANDS**:

Work is essentially confining and precise and requires perseverance, good visual acuity (optometric correction allowed), normal color vision, and exceptional manual dexterity.

**WORK ENVIRONMENT**:

Work is performed in an office setting. The incumbent is subject to long periods of sitting in a confined area. The incumbent must handle currency that is dirty, wet, smelly, and contaminated (such as from dead bodies, sewers, tear gas, and that has been exposed to contagious diseases, etc.) Incumbent is also exposed to the inhalation of vapors from a variety of disinfectants and cleaning products. He/she also must wear disposable gloves, mask, aprons and other covering.

Mutilated Currency Examiner
Announcement # 2007-115-CAIN
Grade GS-301-05/07


**Jessalyn L. Marcus**
2384 Glenmont Circle, #207
Wheaton, Maryland 20902
(301)933-5355


## OBJECTIVE:

Seeking a position where a self-motivated, detail and goal oriented individual who has solid communication skills, strong organizational skills, excellent interpersonal skills, and possesses strong leadership qualities is desired.

## PROFESSIONAL EXPERIENCE:

**Department of the Treasury - Bureau of Engraving and Printing** Washington, D C.
Mutilated Currency Examiner January 2002 - March 2006

- Responsible for examining, identifying, reconstructing, and redeeming lawfully held mutilated U S paper currency
- Completed the more difficult mutilated currency cases (Levels 4 and 5)
- Received extensive training to become proficient in distinguishing counterfeit, altered, and genuine currency
- Prepared Examiner's Reports in the MUTS computer system
- Maintained daily and monthly logs
- Public speaking to assist and educate the tourist(s) in the visitors center about the mutilated currency process and conducted interviews for newspapers, magazines, and television

I have been featured in The BEP Communicator newsletter (July/August 2004), The Dallas Morning News newspaper (October 18, 2004), The Fort Worth Texas magazine (December 2004), Travel Savvy magazine, and Southern Living magazine

**ESPIRE Communications** Columbia, Maryland
Billing Representative July 2000 - October 2001

- Identified key information required for data entry and utilized basic understanding of telecom terminology
- Assisted in identification of system and software issues as they occurred and reported them to supervisor
- Maintained records for all employee calling cards and long distance service
- Prepared daily production reports and performed order-scrubbing functions

**Washington Telephone Federal Credit Union** Wheaton, Maryland
Teller December 1999 - June 2000

- Provided teller services which included making deposits, withdrawals, payments, and transfers
- Processed and posted mail transactions
- Sustained and balanced the ATM machines
- Balanced cash drawer daily

7

Mutilated Currency Examiner
Announcement # 2007-115-KAW
Grade GS 301-05/09

Jeralyn K Marcus
(continued)

**Accountants On Call** — Rockville, MD/Orlando, FL

Temporary positions — November 1998 - May 1999

- Answered and directed telephone calls
- Received and distributed mail
- Prepared correspondence, light filing and typing
- Billing duties
- Researched and gathered information from various sources for special projects
- Performed data processing and computer operations

**NationsBank** — Rockville, MD/Orlando, FL

Bank Teller and Vault Teller — May 1993 – September 1998

- Processed large commercial deposits (some in excess of $1 million) for which I was accountable
- Provided reliable customer service
- Complied with audit and security procedures
- Promoted NationsBank's consumer services and products
- Monitored the disbursement and inventory of money orders and cashier checks
- Maintained weekly and monthly reports
- Balanced cash drawer daily

## EDUCATION:

Montgomery College - Takoma Park, Maryland
Business Management/Marketing
September - December 1994 / January - December 1987

Woodrow Wilson Senior High School - Washington, D.C.
Required Courses, Graduated 1986

## KNOWLEDGE AND SKILLS:

Accounting and Economics courses through the AIB, general knowledge of various cash registers and office equipment, type 45-50 wpm, and personal computer training (MS Windows, MS Word, MS Outlook, Excel, and PowerPoint)

## VOLUNTEER WORK:

N.C.N.W. Females Achieving and Maintaining Excellence Youth Group - 2002 to 2004
Citizens Police Academy - 1995
Junior Achievement Business Consultant - 1994
Welcome to Washington, D.C. Presidential Campaign - 1992

BEP FORM 2360-1
REV 4-96

# BUREAU OF ENGRAVING AND PRINTING
# EMPLOYEE PERFORMANCE APPRAISAL

EMPLOYEE NAME JESSALYN L. MARCUS

RATING PERIOD 10/01/04 - 09/30/05

SSN [redacted]

OFFICE OF CURRENCY STANDARDS

TITLE MUTILATED CURRENCY EXAMINER

PAY PLAN/SERIES/GRADE GS-08

## PART I-PERFORMANCE PLAN DEVELOPED AND APPROVED

(ATTACH A COPY OF THE PERFORMANCE PLAN, TO INCLUDE EACH ELEMENT AND THE STANDARDS TO BE ACHIEVED.)

RATING OFFICIAL Lorraine Roh[illegible] DATE 1/13/06

REVIEWING OFFICIAL Catherine P [illegible] DATE 1/19/06

EMPLOYEE J L Marcus DATE 1/13/06

(EMPLOYEE SIGNATURE INDICATES RECEIPT OF THE PLAN AND DOES NOT NECESSARILY CONSTITUTE AGREEMENT.)

## PART II-APPRAISAL OF PERFORMANCE-ELEMENTS

(MOST PERFORMANCE PLANS CONTAIN FEWER ELEMENTS THAN PROVIDED FOR BELOW. USE THE NUMBER OF LINES NEEDED TO MATCH THE PERFORMANCE PLAN.)

| ELEMENT NUMBER | RATING (CHECK ONE BOX FOR EACH ELEMENT) | | |
|---|---|---|---|
| I | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| II | ☐ EXCEEDED STANDARDS | ☒ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| III | ☐ EXCEEDED STANDARDS | ☒ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| IV | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| V | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |

## PART III-APPRAISAL OF PERFORMANCE-NARRATIVE

MS. MARCUS IS A MUTILATED CURRENCY EXAMINER ASSIGNED TO THE FT. WORTH FACULTY. SHE IS ALWAYS AWARE OF ALL PHYSICAL AND INTERNAL CONTROLS PROCEDURES FOR HANDLING VALUABLES. ALL CONTROLS OVER DOCUMENTATION ARE PROPERLY HANDLED.

MS. MARCUS HAS PROCESSED ALL MUTILATED CURRENCY CLAIMS ACCURATELY WITH MONOR CORRECTIONS NEED BEFORE PAYMENT IS MADE. DURING THIS RATING PERIOD SHE WAS GIVEN ADDITIONAL TRAINING ON PROCESSING LEVEL 5 CASES.

OVERALL MS. MARCUS HAS DONE WHAT WAS EXPECTED.

## PART IV-SUMMARY RATING

CHECK ONE:

| | |
|---|---|
| ☒ EXCEEDED STANDARDS | (ONE-HALF OR MORE OF ELEMENTS RATED EXCEEDED STANDARDS AND NO ELEMENTS RATED UNACCEPTABLE) |
| ☐ ACHIEVED STANDARDS | (LESS THAN ONE-HALF OF ELEMENTS RATED EXCEEDED STANDARDS AND NO ELEMENTS RATED UNACCEPTABLE) |
| ☐ UNACCEPTABLE--DID NOT ACHIEVE STANDARDS | (ONE OR MORE ELEMENTS RATED UNACCEPTABLE) |

RATING OFFICIAL Lorraine Bolen DATE 1/13/06

REVIEWING OFFICIAL Catherine P. Joyner DATE 1/19/06

EMPLOYEE L Marcus DATE 1/13/06

(EMPLOYEE SIGNATURE ONLY INDICATES THAT THE APPRAISAL DISCUSSION TOOK PLACE AND DOES NOT NECESSARILY CONSTITUTE AGREEMENT WITH THE APPRAISAL.)

FORM 2360-1 (BACK)

BEP FORM 2360-1 REV 4-96

BUREAU OF ENGRAVING AND PRINTING

# EMPLOYEE PERFORMANCE APPRAISAL

EMPLOYEE NAME JESSALYN L. MARCUS | RATING PERIOD 10/01/03 - 9/30/04

SSN [redacted] | OFFICE OF CURRENCY STANDARDS

TITLE MUTILATED CURRENCY EXAMINER | PAY PLAN/SERIES/GRADE 7/

## PART I-PERFORMANCE PLAN DEVELOPED AND APPROVED

(ATTACH A COPY OF THE PERFORMANCE PLAN, TO INCLUDE EACH ELEMENT AND THE STANDARDS TO BE ACHIEVED.)

RATING OFFICIAL Tracie Schwagg DATE 10/29/04

REVIEWING OFFICIAL Lorraine Robinson DATE 10/29/04

EMPLOYEE Jessalyn L. Marcus DATE 11/23/04

(EMPLOYEE SIGNATURE INDICATES RECEIPT OF THE PLAN AND DOES NOT NECESSARILY CONSTITUTE AGREEMENT.)

## PART II-APPRAISAL OF PERFORMANCE-ELEMENTS

(MOST PERFORMANCE PLANS CONTAIN FEWER ELEMENTS THAN PROVIDED FOR BELOW. USE THE NUMBER OF LINES NEEDED TO MATCH THE PERFORMANCE PLAN.)

RATING (CHECK ONE BOX FOR EACH ELEMENT)

| ELEMENT NUMBER | | | |
|---|---|---|---|
| I | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| II | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| III | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| IV | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| V | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |

## PART III-APPRAISAL OF PERFORMANCE-NARRATIVE

MS. MARCUS ADHERES TO ALL SECURITY PROCEDURES AND REGULATIONS, AND MAINTAINS ALL CASE RELATED ITEMS SO THAT THEY ARE SAFEGUARDED AND ACCOUNTED FOR.

MS.MARCUS PROCESSES CASES INDEPENDENTLY, AND COMPLETES ALL OF HER ASSIGNED CASES IN AN EXPEDITIOUS MANNER. SHE IS ALSO SIGNING OFF ON HER COMPLETED CASES.

PRIOR TO MS. MARCUS' TRANSFER TO THE FT. WORTH FACILITY, SHE ACCOMPANIED MRS ROBINSON THERE TO DEMONSTRATE THE VARIOUS TECHNIQUES THAT ARE USED TO PROCESS VARIOUS TYPES OF MUTILATED CURRENCY CASES, AND ANSWER QUESTIONS FROM VISITORS VISITING THE NEW VISITORS CENTER.

IT APPEARS THAT THEY MADE QUITE AN IMPRESSION WITH THE VISITORS.

MS. MARCUS IS PRESENTLY PROCESSING LEVEL 4 AND 5 CASES EXCLUSIVELY ( THE DIFFICULT CASES ).

MS MARCUS IS DOING AN OUTSTANDING JOB THIS RATING PERIOD.

## PART IV-SUMMARY RATING

CHECK ONE:

| | |
|---|---|
| ☒ EXCEEDED STANDARDS | (ONE-HALF OR MORE OF ELEMENTS RATED EXCEEDED STANDARDS AND NO ELEMENTS RATED UNACCEPTABLE) |
| ☐ ACHIEVED STANDARDS | (LESS THAN ONE-HALF OF ELEMENTS RATED EXCEEDED STANDARDS AND NO ELEMENTS RATED UNACCEPTABLE) |
| ☐ UNACCEPTABLE–DID NOT ACHIEVE STANDARDS | (ONE OR MORE ELEMENTS RATED UNACCEPTABLE) |

RATING OFFICIAL [signature] DATE 10/29/04

REVIEWING OFFICIAL Lorraine Bolden [signature] DATE 10/29/04

EMPLOYEE Jesslyn L. Marcus [signature] DATE 11/23/04

(EMPLOYEE SIGNATURE ONLY INDICATES THAT THE APPRAISAL DISCUSSION TOOK PLACE AND DOES NOT NECESSARILY CONSTITUTE AGREEMENT WITH THE APPRAISAL.)

FORM 2360-1 (BACK)

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| MARCUS, JESSALYN L | [redacted] | 02/18/69 | 01/08/06 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 894 | PAY ADJ | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| QWM | REG 531.207 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| ZLM | E O 13393 | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | MUTILATED CURRENCY EXAMINER<br>65291995 11212V |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 38,953.00 | PA | GS | 0303 | 08 | 01 | 40,228.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 33,852.00 | 5,101.00 | 38,953.00 | .00 | 34,563.00 | 5,665.00 | 40,228.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | BUREAU OF ENGRAVING AND PRINTING<br>ASSOCIATE DIRECTOR - C.F.O<br>DEP ASSOC DIR - COMPTROLLER<br>OFFICE OF CURRENCY STANDARDS<br><br>TR AI1010002040100000 PP 01 2006 |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None; 2-5 Point; 3-10 Point/Disability; 4-10 Point/Compensable; 5-10 Point/Other; 6-10 Point/Compensable/30%) | 1 (0-None; 1-Permanent; 2-Conditional; 3-Indefinite) | | YES [ ] NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5 BASIC-STANDARD-5X ADDITIONAL-5X FAM | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 01/14/02 | F FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (1-Competitive Service; 2-Excepted Service; 3-SES General; 4-SES Career Reserved) | N (E-Exempt; N-Nonexempt) | | 0236 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 48-2450-439 | FORT WORTH TARRANT TX |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45 Remarks

FEDERAL PAY INCREASE DUE TO E.O. 13393 SIGNED 12/22/05.
SALARY INCLUDES A GENERAL INCREASE OF 2.1% ROUNDED AND A LOCALITY PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| DEPARTMENT OF THE TREASURY | | | ANGIE M. MCNEAL<br>CHIEF, OHR |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TR AI | 2793 | 12/22/05 | |

13

3-Part 50-315

Editions Prior to 7/91 Are Not Usable After 6/30/9.
NSN 7540-01-333-623

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

TR AI1010002040100000 PP 01 1*2006*BATCH 27939960 000-00 204-12 AG/EO AI-2793

Jessalyn
~~JESSLYN~~ MARCUS' MUTILATED CASE LOG

| CASE # | LEVEL | DATE SENT | DATE RETURNED |
|---|---|---|---|
| 4-02581 | 4 | 05/06/04 | 06/28/04 |
| 4-07673 | 4 | 05/06/04 | 06/28/04 |
| 4-07764 | 5 | 05/06/04 | 06/28/04 |
| 4-07784 | 5 | 05/06/04 | 06/28/04 |
| 4-07786 | 5 | 05/06/04 | 06/28/04 |
| | | | |
| 4-05789 | 4 | 08/04/04 | 08/26/04 |
| 4-05799 | 4 | 08/04/04 | 08/26/04 |
| 4-06522 | 4 | 08/04/04 | 08/26/04 |
| 4-06623 | 4 | 08/04/04 | 08/26/04 |
| 4-06625 | 4 | 08/04/04 | 08/26/04 |
| 4-06626 | 4 | 08/04/04 | 08/26/04 |
| 4-06640 | 4 | 08/04/04 | 08/26/04 |
| 4-06872 | 4 | 08/04/04 | 08/26/04 |
| 4-06887 | 4 | 08/04/04 | 08/26/04 |
| 4-06975 | 4 | 08/04/04 | 08/26/04 |
| 4-07008 | 4 | 08/04/04 | 08/26/04 |
| 4-07171 | 4 | 08/04/04 | 08/26/04 |
| | | | |
| 4-05127 | 4 | 08/16/04 | 10/12/04 |
| 4-05128 | 4 | 08/16/04 | 10/12/04 |
| 4-05224 | 4 | 08/16/04 | 10/12/04 |
| 4-05236 | 4 | 08/16/04 | 10/12/04 |
| 4-05505 | 4 | 08/16/04 | 10/12/04 |
| 4-05506 | 4 | 08/16/04 | 10/12/04 |
| 4-05591 | 4 | 08/16/04 | 10/12/04 |
| 4-05702 | 4 | 08/16/04 | 10/12/04 |
| 4-05707 | 4 | 08/16/04 | 10/12/04 |
| 4-05947 | 4 | 08/16/04 | 10/12/04 |
| | | | |
| 4-07484 | 4 | 08/16/04 | 10/12/04 |
| 4-07498 | 4 | 08/16/04 | 10/12/04 |
| 4-07507 | 4 | 08/16/04 | 10/12/04 |
| 4-07590 | 4 | 08/16/04 | 10/12/04 |
| 4-07687 | 4 | 08/16/04 | 10/12/04 |
| 4-07858 | 4 | 08/16/04 | 10/12/04 |
| 4-07889 | 4 | 08/16/04 | 10/12/04 |
| 4-08125 | 4 | 08/16/04 | 10/12/04 |
| 4-08371 | 4 | 08/16/04 | 10/12/04 |
| 4-08826 | 4 | 08/16/04 | 10/12/04 |
| | | | |
| 4-09749 | 4 | 10/16/04 | 11/16/04 |
| 4-11567 | 4 | 10/16/04 | 11/16/04 |
| 4-13315 | 4 | 10/16/04 | 11/16/04 |
| 4-13585 | 4 | 10/16/04 | 11/16/04 |
| 4-14205 | 4 | 10/16/04 | 11/16/04 |
| 4-14295 | 4 | 10/16/04 | 11/16/04 |

(should be 10/7/04)

| | | | |
|---|---|---|---|
| 4-15016 | 4 | 10/16/04 | 11/16/04 |
| 4-17196 | 4 | 10/16/04 | 11/16/04 |
| | | | |
| 4-12119 Melissa | 4 | 10/20/04 | 11/23/04 |
| 4-12987 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-13612 Melissa | 4 | 10/20/04 | 11/23/04 |
| 4-14585 Melissa | 4 | 10/20/04 | 11/23/04 |
| 4-14588 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-14655 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-14865 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-15545 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-16147 Melissa | 4 | 10/20/04 | 11/23/04 |
| 4-16330 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-16880 ✓ | 4 | 10/20/04 | 11/23/04 |
| 4-16887 ✓ | 4 | 10/20/04 | 11/23/04 |
| | | | |
| 4-11234 | 3 | 10/29/04 | 11/30/04 |
| 4-11243 | 3 | 10/29/04 | 11/30/04 |
| 4-11810 | 3 | 10/29/04 | 11/30/04 |
| 4-12269 | 4 | 10/29/04 | 11/30/04 |
| 4-15255 | 4 | 10/29/04 | 11/30/04 |
| 4-15659 | 4 | 10/29/04 | 11/30/04 |
| 4-17556 | 4 | 10/29/04 | 11/30/04 |
| 4-18152 | 4 | 10/29/04 | 11/30/04 |
| 4-18781 | 4 | 10/29/04 | 11/30/04 |
| | | | |
| 4-13213 | 3 | 11/16/04 | 12/04/04 |
| 4-13216 | 3 | 11/16/04 | 12/04/04 |
| 4-13252 | 3 | 11/16/04 | 12/04/04 |
| 4-13273 | 3 | 11/16/04 | 12/04/04 |
| 4-13371 | 3 | 11/16/04 | 12/04/04 |
| 4-13593 | 3 | 11/16/04 | 12/04/04 |
| 4-13855 | 3 | 11/16/04 | 12/04/04 |
| 4-14206 | 3 | 11/16/04 | 12/04/04 |
| 4-14686 | 3 | 11/16/04 | 12/04/04 |
| 4-14809 | 3 | 11/16/04 | 12/04/04 |
| 4-14810 | 3 | 11/16/04 | 12/04/04 |
| 4-15118 | 3 | 11/16/04 | 12/04/04 |
| 4-19480 | 4 | 11/16/04 | 12/04/04 |
| | | | |
| 4-19547 | 4 | 12/02/04 | 12/21/04 |
| 4-19632 | 4 | 12/02/04 | 12/21/04 |
| 4-19908 | 4 | 12/02/04 | 12/21/04 |
| 4-19933 | 4 | 12/02/04 | 12/21/04 |
| 4-20013 | 4 | 12/02/04 | 12/21/04 |
| 4-20085 | 4 | 12/02/04 | 12/21/04 |
| 4-20138 | 4 | 12/02/04 | 12/21/04 |
| 4-20143 | 4 | 12/02/04 | 12/21/04 |
| 4-20155 | 4 | 12/02/04 | 12/21/04 |
| 4-20158 | 4 | 12/02/04 | 12/21/04 |

| | | | |
|---|---|---|---|
| 4-20584 | 4 | 01/04/05 | 01/19/05 |
| 4-21215 | 4 | 01/04/05 | 01/19/05 |
| 4-21222 | 4 | 01/04/05 | 01/19/05 |
| 4-21224 | 4 | 01/04/05 | 01/19/05 |
| 4-21227 | 4 | 01/04/05 | 01/19/05 |
| 4-21321 | 3 | 01/04/05 | 01/19/05 |
| 4-21328 | 4 | 01/04/05 | 01/19/05 |
| 4-21591 | 4 | 01/04/05 | 01/19/05 |
| 4-21597 | 4 | 01/04/05 | 01/19/05 |
| 4-21832 | 4 | 01/04/05 | 01/19/05 |
| | | | |
| 4-15423 | 3 | 01/12/05 | 02/11/05 |
| 4-15427 | 3 | 01/12/05 | 02/11/05 |
| 4-15430 | 3 | 01/12/05 | 02/11/05 |
| 4-15432 | 3 | 01/12/05 | 02/11/05 |
| 4-15513 | 3 | 01/12/05 | 02/11/05 |
| 4-15515 | 3 | 01/12/05 | 02/11/05 |
| 4-15549 | 3 | 01/12/05 | 02/11/05 |
| 4-15650 | 3 | 01/12/05 | 02/11/05 |
| 4-15654 | 3 | 01/12/05 | 02/11/05 |
| 4-15837 | 3 | 01/12/05 | 02/11/05 |
| 4-15838 | 3 | 01/12/05 | 02/11/05 |
| 4-16063 | 3 | 01/12/05 | 02/11/05 |
| 4-16072 | 3 | 01/12/05 | 02/11/05 |
| | | | |
| 4-11714 ** | 4 | 01/19/05 | 02/18/05 |
| 4-12047 ** | 4 | 01/19/05 | 02/18/05 |
| 4-12051 | 4 | 01/19/05 | 02/18/05 |
| 4-12332 ** | 4 | 01/19/05 | 02/18/05 |
| 4-12690 ** | 4 | 01/19/05 | 02/18/05 |
| 4-12829 | 4 | 01/19/05 | 02/18/05 |
| 4-13267 ** | 4 | 01/19/05 | 02/18/05 |
| 4-13272 | 4 | 01/19/05 | 02/18/05 |
| 4-13584 | 4 | 01/19/05 | 02/18/05 |
| 4-14192 | 4 | 01/19/05 | 02/18/05 |
| 4-20957 | 4 | 01/19/05 | 02/18/05 |
| 4-21107 | 4 | 01/19/05 | 02/18/05 |
| 4-21343 | 4 | 01/19/05 | 02/18/05 |
| 4-21459 | 4 | 01/19/05 | 02/18/05 |
| 4-21514 | 4 | 01/19/05 | 02/18/05 |
| 4-21740 | 4 | 01/19/05 | 02/18/05 |
| 4-21823 | 4 | 01/19/05 | 02/18/05 |
| 5-00148 | 4 | 01/19/05 | 02/18/05 |

**** NOTE: CASES RETURNED UNPROCESSED BY MS MARCUS, SHE WAS UNABLE TO COMPLETE**

| | | | |
|---|---|---|---|
| 4-14664 | 4 | 02/08/05 | 03/28/05 |
| 4-14887 | 4 | 02/08/05 | 03/28/05 |
| 4-15431 | 4 | 02/08/05 | 03/28/05 |
| 4-17956 | 4 | 02/08/05 | 03/28/05 |
| 4-18990 | 4 | 02/08/05 | 03/28/05 |
| 4-21517 | 4 | 02/08/05 | 03/28/05 |
| 5-00150 | 4 | 02/08/05 | 03/28/05 |
| 5-01174 | 4 | 02/08/05 | 03/28/05 |
| 5-01180 | 4 | 02/08/05 | 03/28/05 |
| 5-01195 | 4 | 02/08/05 | 03/28/05 |
| 5-01300 | 4 | 02/08/05 | 03/28/05 |
| 5-01304 | 4 | 02/08/05 | 03/28/05 |

| | | | |
|---|---|---|---|
| 4-16146 | 4 | 02/23/05 | 04/15/05 |
| 4-18382 | 4 | 02/23/05 | 04/15/05 |
| 4-18589 | 4 | 02/23/05 | 04/15/05 |
| 4-19337 | 4 | 02/23/05 | 04/15/05 |
| 4-20034 | 4 | 02/23/05 | 04/15/05 |
| 4-20048 | 4 | 02/23/05 | 04/15/05 |
| 4-20070 | 4 | 02/23/05 | 04/15/05 |
| 4-20123 | 4 | 02/23/05 | 04/15/05 |
| 4-20152 | 4 | 02/23/05 | 04/15/05 |
| 4-20207 | 4 | 02/23/05 | 04/15/05 |
| 4-20212 | 4 | 02/23/05 | 04/15/05 |
| 4-20317 | 4 | 02/23/05 | 04/15/05 |
| 4-20548 | 4 | 02/23/05 | 04/15/05 |
| 4-20603 | 4 | 02/23/05 | 04/15/05 |
| 5-03385 | 4 | 02/23/05 | 04/15/05 |

## MUTILATED CURRENCY CASES USED FOR TRAINING

| | | | |
|---|---|---|---|
| 4-11714 ** | 4 | 03/10/05 | 03/38/05 |
| 4-12047 ** | 4 | 03/10/05 | 03/28/05 |
| 4-12332 ** | 4 | 03/10/05 | 03/28/05 |
| 4-12690 ** | 4 | 03/10/05 | 03/28/05 |
| 4-13267 ** | 4 | 03/10/05 | 03/28/05 |
| 3-15630 | 5 | 03/10/05 | 03/28/05 |
| 3-15848 | 5 | 03/10/05 | 03/28/05 |
| 3-18418 | 5 | 03/10/05 | 03/28/05 |

**** NOTES: CASES RETURNED BY MS MARCUS 02/18/05 UNPROCESSED. TAKEN TO TEXAS ALONG WITH OTHERS LISTED FOR REQUESTED TRAINING.**

| | | | | |
|---|---|---|---|---|
| 5-01024 | 4 | 04/06/05 | 04/26/05 | |
| 5-01890 | 4 | 04/06/05 | 04/26/05 | |
| 5-01959 | 4 | 04/06/05 | 04/26/05 | |
| 5-02046 | 4 | 04/06/05 | 04/26/05 | |
| 5-02065 | 4 | 04/06/05 | 04/26/05 | |
| 5-03542 | 4 | 04/06/05 | 04/26/05 | |
| 5-03959 | 4 | 04/06/05 | 04/26/05 | |
| 5-04723 | 4 | 04/06/05 | 04/26/05 | |
| | | | | |
| 5-02349 | 4 | 04/21/05 | 05/03/05 | |
| 5-05429 | 4 | 04/21/05 | 05/03/05 | |
| 5-06415 | 4 | 04/21/05 | 05/03/05 | ??? |
| 5-06416 | 4 | 04/21/05 | 05/03/05 | |
| 5-06714 | 4 | 04/21/05 | 05/03/05 | |
| 5-06791 | 4 | 04/21/05 | 05/03/05 | |
| 5-06892 | — | — | — | |
| | | | | |
| 5-07004 | 4 | 05/03/05 | 05/17/05 | (should be 5/4/05) |
| 5-07007 | 4 | 05/03/05 | 05/17/05 | ??? |
| 5-07036 | 4 | 05/03/05 | 05/17/05 | |
| 5-07053 | 4 | 05/03/05 | 05/17/05 | |
| 5-07423 | 4 | 05/03/05 | 05/17/05 | |
| 5-07573 | 4 | 05/03/05 | 05/17/05 | |
| | | | | |
| 4-21327 | 5 | 05/13/05 | 06/07/05 | |
| 5-01961 | 5 | 05/13/05 | 06/07/05 | |
| 5-03261 | 5 | 05/13/05 | 06/07/05 | |
| 5-04097 | 5 | 05/13/05 | 06/07/05 | |
| 5-08065 | 4 | 05/13/05 | 06/07/05 | |
| 5-08074 | 4 | 05/13/05 | 06/07/05 | |
| 5-08075 | 4 | 05/13/05 | 06/07/05 | |
| 5-08081 | 5 | 05/13/05 | 06/07/05 | |
| | | | | |
| 5-08634 | 5 | 06/08/05 | 07/06/05 | |
| 5-08976 | 4 | 06/08/05 | 07/06/05 | |
| 5-09040 | 4 | 06/08/05 | 07/06/05 | |
| 5-09072 | 4 | 06/08/05 | 07/06/05 | |
| 5-09077 | 4 | 06/08/05 | 07/06/05 | |
| 5-09455 | 4 | 06/08/05 | 07/06/05 | |
| 5-09682 | 4 | 06/08/05 | 07/06/05 | |
| | | | | |
| 5-09790 | 4 | 06/30/05 | 07/28/05 | |
| 5-09933 | 5 | 06/30/05 | 07/28/05 | |
| 5-09938 | 5 | 06/30/05 | 07/28/05 | |
| 5-10309 | 5 | 06/30/05 | 07/28/05 | |
| 5-10561 | 4 | 06/30/05 | 07/28/05 | |
| 5-10736 | 4 | 06/30/05 | 07/28/05 | |
| 5-11087 | 4 | 06/30/05 | 07/28/05 | |

## BUREAU OF ENGRAVING AND PRINTING

PERSONNEL SERVICES DIVISION
13TH & C STREETS, SW, RM 446-PD
WASHINGTON, DC 20028

DATE: 9/23/2005

TO: Jessalyn L. Mancus
2384 Glenmont Circle #207
Wheaton, MD 20902

This notice is being sent to you to acknowledge receipt of your application/resume for the position of Mutilated Currency Specialist

Announcement # 2005-119-AAD

**We will notify you when the next step in the process is completed. Thank you for your interest.**

---

## BUREAU OF ENGRAVING AND PRINTING

PERSONNEL SERVICES DIVISION
13TH & C STREETS, SW, RM 446-PD
WASHINGTON, DC 20028

TO: Jessalyn L. Mancus
2384 Glenmont Circle #207
Wheaton, MD 20902

DATE: ______

Your application/resume for the position of: Mutilated Currency Specialist

Announcement #: 2005-119-AAD has been reviewed. The following action was taken:

- ☐ You met the qualifications of this position. We will notify you of the next step.
- ☐ You did not meet the eligibility requirements for this position.
- ☑ You did not meet the qualification requirements for this position.
- ☐ You were outside the area of consideration for the announcement.
- ☐ You are not a Bureau of Engraving and Printing employee.
- ☐ Other. ______ ☐ No further action will be taken.
- ☐ We appreciate your interest in working for the Bureau of Engraving and Printing and encourage you to apply for future vacancies for which you may be eligible. If you need additional information, please contact ______

**JOB INFORMATION:**
Mutilated Currency Specialist
GS-301-11
Announcement: # 2005-119-AAD

**PERSONAL INFORMATION:**
Tina M. Barnett [redacted]
[redacted] Tina Barnett [redacted]
United States Citizenship 9-14-05

**EDUCATION:**
Gar-Field High School
Woodbridge, VA 22191
Graduated June 1978, National Honor Society 1977 - 1978
Majored: Accounting and Business

**WORK EXPERIENCE:**
Department of the Treasury, Bureau of Engraving and Printing
Office of Currency Standards, P.O. Box 37048, Room 344
Washington, DC 20013
Mutilated Currency Examiner (GS-303-06/09) From: 05/01 To: Present
Supervisor's Name: Charles Jones, (202)874-2397
Salary $49,145 per year, 40 hours per week

Duties and Accomplishments:
Knowledge of the mutilated currency claims processing and requirements for entitlement. Abiding to the United States Codes, Federal Regulations, Treasury Decisions and ruling in the amount of currency that can be redeemed. Ability to prioritize cases based on amount and conditions and information in which received about the claim. Cases assigned are usually very poor condition from fire, moisture, decomposed or white ash. (Case levels 4 and 5). Seventy percent of my time involves sorting, separating, reconstructing and identifying these types of cases. Some cases are in high degree of value, up to a million dollars. Ability to determine appropriate techniques by using chemicals, heat, freezing and softening to separate mutilated currency. Analyzing currency remnants for proper denomination. Knowledge to determine currency no longer in circulation from the new types that are printed today as well as counterfeit, altered or raised notes. Receives walk in deliveries of currency from customers under dual control, preparing a Form 2101 receipt and assessing a case grade and level.

Department of the Treasury, Bureau of Engraving and Printing
Office of Currency Standards, P.O. Box 37048, Room 344
Washington, DC 20013
Accounting Technician (GS-525-05) From: 07/00 To: 05/01
Supervisor's Name: Queen McBride, (202) 874-2397
Salary $ 30,282.00 per year, 40 hours per week

Tina Barnett[redacted]
Mutilated Currency Specialist, # 2005-119-AAD

Duties and Accomplishments:
Prepare adjustment documents and agency refunds, batches documents and maintains dual control log, prepare daily mutilated currency reports, identifies accounting discrepancies and errors on cases and documents received on over 30,000 claims per year. Responsible for destroying over $5 million dollars a month in mutilated currency using the Mutilated Currency Tracking System. Assist another settlement clerk in maintaining a general ledger report for all funds received, checking for overages and shortages and logging counterfeit notes and currency adjustments. Type letters to customers on the status of the currency they had sent to the Bureau of Engraving and Printing for analysis, assist in a monthly audit of funds stored in a back vault to prepare for destruction. Assist the mailroom specialist in the receiving and typing of mail, assigning case numbers and transferring the information to the Control Room.

D.C. Department of Corrections, P.O. Box 25, Lorton, VA 22079
Civilian Payroll Technician (DS 544-06) From: 10/99 To: 07/00
Supervisor's Name: Frances McCord, [redacted]
Salary $31,836.00 per year, 40 hours per week

Duties and Accomplishments:
Process payroll documents, which involve usually difficult problems of pay administration. Resolve problems resulting from holiday pay, military leave, night differential, court leave, leave without pay, etc. Audit employee records for restoration of annual or sick leave in accordance with District Government regulations. Type memos to Main Payroll of the results of the audit. Secure cash advancements for Employees with emergencies. Process salary increases, verifying all data and any non-paid time, which would delay the effective date of the increase. Maintain a logbook for pay checks to be picked up or mailed to retired or RIFFED employees. Daily filing of time sheets for 450 employees, Form SF- 50's, adjustment forms from audits of annual and sick leave, step increases, direct deposit notices and employee verifications. Contacts with timekeepers from all institutions, answering questions about pay, taxes, leave computations. Contacts also with disbursing offices usually involve tracing checks, reconciling balances or giving advance notice of stop payments. Usage of MS-Word and Excel for preparing reports. Utilize microfiche in determining leave balances and direct deposit information. Sometimes I'm usually involved in preparing memo's to insurance companies on an employee's absence record.

D.C. Department of Corrections, P.O. Box 25, Lorton, VA 22079
Inmate Finance Assistant (DS 503-06) From: 3/91 To: 10/99
Supervisor's Name: LaStarza Hunt, [redacted]
Salary $31,836.00 per year, 40 hours per week

Tina Barnett[redacted]
Mutilated Currency Specialist, # 2005-119-AAD

Duties and Accomplishments:
Receive all funds from inmate family members that have been submitted on their behalf through the mail. Assemble cash, checks and money orders into batches for deposit pickup from Wells Fargo. Responsible for the security and control of any assigned impress (cash) fund used to pay inmates, make petty cash purchases or other authorized transactions. Open individual accounts, post debit and credits to these accounts to these accounts through the Jalan Computer Jail System on an IBM AS/400. Receive inmates monthly pay records originating at a place outside of the prison for the purpose of crediting accounts, disbursing funds for canteen allotments, sending money orders home to family members and placing a percentage into their escrow accounts. Prepare deposit tickets to be sent to the bank and the D.C. Treasurer. Type up such forms as a Schedule of Collections and Withdrawals, Balance sheet vouchers for transferring inmate funds to other federal and local institutions for when inmates are transferred due to the closure of the prison. Required to converse with inmate family members, Correctional Officers, Mailroom Officers, Wardens and other outside institutions in regards to account balances and discrepancies. Skilled in operating calculators, computers, typewriters, copiers and fax machines. Responsible for ordering supplies as needed.

Crestar Bank, 515 King Street, Alexandria, VA 22314
Retail Investigator From: 9/89 To: 3/91
Supervisor's Name: Pat Lis[redacted]
Salary $23,263 per year, 40 hours per week

Duties and Accomplishments:
Handle and correct discrepancies on checking and savings accounts. These discrepancies range from $.01 to $500,000. Assisted branch tellers on a daily basis in resolving cash settlement differences. Improved clearing time of general ledger tickets for items that the proof department could not find offsets for. Monitored several commercial and retail accounts to ensure these accounts were credited and debited correctly for errors made by other financial institutions. Assisted the legal desk in debiting accounts for Levies, Liens and Garnishments that were imposed on the bank. Responsible for locating missing deposits that were credited to the wrong accounts by the use of microfiche and microfilm.

Crestar Bank, 515 King Street, Alexandria, VA 22134
Money Room Coordinator From: 9/88 To: 9/89
Supervisor's Name: Marty Rife[redacted]
Salary $21,000 per year, 40 hours per week

Duties and Accomplishments:
Scheduled coin and currency orders and shipments between the Crestar branches and Wells Fargo on a daily basis. Managed ledgers for coin and currency orders in excess of $12 million dollars a day. Responsible for ordering enough coin and currency to supply



22

Tina Barnett, 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
Mutilated Currency Specialist, # 2005-119-AAD

60 Crestar branches and 33 commercial customers. Cited by the supervisor for outstanding ability for working independently. Credited and debited branches and commercial account customers for the ordering of new money and shipment of the old bills. I performed this position with no other personnel helping me. I maintained the Money Room with 100% accuracy. The Money Room was audited every 6 months to ensure all monies were distributed properly. Responsible for ordering supplies as needed.

Crestar Bank, 515 King Street, Alexandria, VA 22314
Proof Operator & Supervisor From: 5/79 To: 9/88
Supervisor's Name: Tom DeYoung, [redacted]
Salary $22,050 per year, 40 hours per week

Duties and Accomplishments:
Assure the selection, development and motivation of a staff of 40 employees, while handling all personnel matters involving salary review, employee counseling and interviewing. Terminated when necessary. Supervise, direct and control department staff to assure accurate and efficient proving of all transactions. Coordinate the adjustments and repairs of the proof equipment. Responsible for the timely and accurate processing of all incoming proof of deposit work from all regional branches and other departments within the bank. Assist management in the preparation and administration of budget variances, which were complied on Lotus. Performed BI-monthly audits on the attendance records in accordance with Crestar policies. Calculated employee increases before submitting to the personnel office. Responsible for typing correspondence to department heads in the Operations Division and in the Retail Division regarding changes in the banking policies and procedures regulated by the Federal Reserve Banking System. I also had to type performance reviews on the employees in the Proof Department. Responsible for the ordering of supplies used by over 40 employees.



33

Tina Barnett, [redacted]
Mutilated Currency Specialist, # 2005-119-AAD

**KNOWLEDGE, SKILLS AND ABILITIES:**

1. **Knowledge of the mutilated currency claims process and requirements for entitlement.**
   Currently as a Mutilated Currency Examiner, my time involves evaluating, reconstructing, sorting and analyzing destroyed currency to determine the correct denomination, type and style of the notes. Following the guidelines set forth in the Mutilated Currency Division, it is at my discretion whether a claim is to be settled or not, so I must possess highly refined skills in the determination of the best methods to identify mutilated currency. Seventy percent of the cases I handle are of the most difficulty – levels fours and fives. These cases are partially or totally destroyed and are the most difficult. Over the last 4 years I have had the understanding of the principles of printing currency, the history of reconstructing paper currency, the artistic engraving of each denomination and of the changes of new currency designs.

2. **Ability to communicate effectively, both orally and in writing with clients, supervisors or management on the reconstruction of mutilated currency.**
   Daily I must complete written reports of the findings of all competed mutilated cases. Occasionally I assist customer calls on the status and of findings of their case. I have assisted under dual control, going to the loading dock and mail room for the receiving of customer walk-ins or the picking up of mail at the mailroom. As the Senior Settlement Clerk for Claims Processing, I have daily contact with other mutilated currency examiners as they turn in their completed work. Sometimes there are problems with their work and I have to return it to them and explain to them how to correct the case. Sometimes I have to show the newer examiners how to correct their case on the computer also. While in Settlement, I have had to prepare many reports for management for work received daily and reports on the monthly destruction process. During the destruction process, final verifiers are present to ensure that all security procedures are followed for destroying U.S. currency in a timely manner. I may be called upon to serve as an expert witness in a Federal Court on the amount and legitimacy of the reconstructed currency.

3. **Knowledge of the laws, regulations, rulings and precedents affecting mutilated currency.**
   I must follow the procedures that are in accordance with applicable laws, Treasury guidelines, policies and standards when reconstructing mutilated currency. It is my responsibility to determine, using the regulations issued by the Treasury Department, to exchange at face value any identifiable U.S. currency that is at least 51% present. If less than 51% is present, knowing the method of mutilation and supporting evidence will determine whether the missing currency portion is totally destroyed and cannot be sent in as a second claim resulting in an overpayment. I am expected to know the various state statues governing found, lost and stolen currency and having



34

Tina Barnett[redacted]
Mutilated Currency Specialist, # 2005-119-AAD

the ability to apply these rules to determine the rightful owner of mutilated currency. It is my responsibility to exchange the currency at face value, I must follow all rules and guidelines set forth in order to protect the governments interest for proper redemption.

4. **Ability to gather, assemble, correlate and analyze facts and draw conclusions for the most difficult cases – levels four and five in a timely manner.**
As a mutilated currency examiner, it is important to perform the highly refined skills in the art of reconstructing mutilated currency. From partial notes, ash, burnt notes and those that have been chemically affected, I must be able to separate these fragile and tightly adhered notes and other foreign matter. In doing so, I must determine the best method for identifying the mutilated currency by using liquid, heat, freezing, chemicals or hardening. I have the ability to isolate currency paper pulp from all other substances not identified as U.S. currency. I also am able to determine whether currency as counterfeit, altered or a raised note. I also look for any duplicated fragments, note markings and small variations in the reconstruction of currency notes. It is from my independent expert analysis when reconstructing a case, whether or not the claim will be settled for reimbursement. All of my assigned cases are completed in a timely manner.

5. **Ability to organize work.**
Since the mutilated currency examiner is a position that requires individuals to work independently, I am accountable for setting up and implementing assignments in an expeditiously matter. I have to assess and prioritize cases of unusual circumstances and sort the case with the information that's available. To do this job correctly and professionally, I have be able to exhibit the skills needed to reconstruct and identify paper currency in any way that it is presented to Currency Standards. No further supervisory review of my cases is needed. I have the authority to make a final disposition on all my cases. As the Senior Settlement Clerk for Claims Processing, I am responsible for sorting the envelopes from examined cases, by denomination which have been deemed for payment and separate the rejected and worthless currency. I verify the completed examined cases against the examiners report. I must organize the work to be destroyed by denomination and date of completion. I have to prepare reports for destruction and other monthly reports for management. All departmental security procedures are followed to ensure that the currency is destroyed properly.



35

BEP FORM 2360-1 REV. 4-96

BUREAU OF ENGRAVING AND PRINTING

# EMPLOYEE PERFORMANCE APPRAISAL

EMPLOYEE NAME Tina Barnett RATING PERIOD Oct.-2003-Sept.-2004

SSN [redacted] OFFICE Currency Standards/Claims Processing Br.

TITLE Mutilated Currency Examiner/Detailed-Accounting Technician PAY PLAN/SERIES/GRADE GS-303-9/5

## PART I-PERFORMANCE PLAN DEVELOPED AND APPROVED

(ATTACH A COPY OF THE PERFORMANCE PLAN, TO INCLUDE EACH ELEMENT AND THE STANDARDS TO BE ACHIEVED )

RATING OFFICIAL Charles L. Jones DATE 10/25/04

REVIEWING OFFICIAL Lorraine Robinson DATE 10/26/04

EMPLOYEE Tina M Barnett DATE 10/25/04

(EMPLOYEE SIGNATURE INDICATES RECEIPT OF THE PLAN AND DOES NOT NECESSARILY CONSTITUTE AGREEMENT.)

## PART II-APPRAISAL OF PERFORMANCE-ELEMENTS

(MOST PERFORMANCE PLANS CONTAIN FEWER ELEMENTS THAN PROVIDED FOR BELOW. USE THE NUMBER OF LINES NEEDED TO MATCH THE PERFORMANCE PLAN.)

| ELEMENT NUMBER | RATING (CHECK ONE BOX FOR EACH ELEMENT) | | |
|---|---|---|---|
| 1 | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| 2 | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| 3 | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| 4 | ☒ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |
| | ☐ EXCEEDED STANDARDS | ☐ ACHIEVED STANDARDS | ☐ UNACCEPTABLE DID NOT ACHIEVE STANDARDS |

## PART III-APPRAISAL OF PERFORMANCE-NARRATIVE

Mrs. Tina Barnett's job title is mutilated Currency Examiner, she is currently detailed as a Accounting Technician in the Settlement Room. Her duties are receiving cases daily from Mutilated Currency Examiners. Mrs. Barnett accurately identifies, classifies, and sort exceedingly mutilated currency received daily.

Mrs. Barnett works as a team member in preparing accounting, applies correct bookkeeping techniques for settlement duties, and input informations into the computer system. Also her performance is such that supervisory assistance is rarely needed.

Mrs. Barnett implement control procedures, prepare documentations for accounting, prepare destruction of redeemed currency, goes on mail runs and input mail into the computer system in the absence of the Mail Clerk, and also corrects any discrepancies that arises with the data entry.

Mrs. Banett Has exceeded all standards this rating period.

## PART IV-SUMMARY RATING

CHECK ONE:

| | |
|---|---|
| ☒ EXCEEDED STANDARDS | (ONE-HALF OR MORE OF ELEMENTS RATED EXCEEDED STANDARDS AND NO ELEMENTS RATED UNACCEPTABLE) |
| ☐ ACHIEVED STANDARDS | (LESS THAN ONE-HALF OF ELEMENTS RATED EXCEEDED STANDARDS AND NO ELEMENTS RATED UNACCEPTABLE) |
| ☐ UNACCEPTABLE--DID NOT ACHIEVE STANDARDS | (ONE OR MORE ELEMENTS RATED UNACCEPTABLE) |

RATING OFFICIAL *Charles L. Jones* DATE 10/25/04

REVIEWING OFFICIAL *Lorraine Robinson* DATE 10/26/04

EMPLOYEE *Tina M. Barnett* DATE 10/25/04

(EMPLOYEE SIGNATURE ONLY INDICATES THAT THE APPRAISAL DISCUSSION TOOK PLACE AND DOES NOT NECESSARILY CONSTITUTE AGREEMENT WITH THE APPRAISAL )

FORM 2360-1 (BACK)

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| BARNETT, TINA M | [redacted] | [redacted] | 01/09/05 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 894 | PAY ADJ | | |
| **5-C. Code** | **5-D. Legal Authority** | **6-C. Code** | **6-D. Legal Authority** |
| QWM | REG 531.205 | | |
| **5-E. Code** | **5-F. Legal Authority** | **6-E. Code** | **6-F. Legal Authority** |
| ZLM | E O 13368 | | |

**7. FROM: Position Title and Number**

**15. TO: Position Title and Number**
MUTILATED CURRENCY SPECIALIST
65229811 12530V

| | 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|---|
| FROM | | | | | 47,390.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 41,342.00 | 6,048.00 | 47,390.00 | .00 |

| | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|
| TO | GS | 0303 | 09 | 05 | 49,145.00 | P |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 42,374.00 | 6,771.00 | 49,145.00 | . |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
BUREAU OF ENGRAVING AND PRINTING
ASSOCIATE DIRECTOR - C.F.O
DEP ASSOC DIR - COMPTROLLER
OFFICE OF CURRENCY STANDARDS

TR AI1010002040100000 PP 01 2005

**23. Veterans Preference:** 1 (1-None; 2-5 Point; 3-10 Point/Disability; 4-10 Point/Compensable; 5-10 Point/Other; 6-10 Point/Compensable/30%)

**24. Tenure:** 1 (0-None; 1-Permanent; 2-Conditional; 3-Indefinite)

**25. Agency Use:**

**26. Veterans Preference for RIF:** YES / X NO

**27. FEGLI:** J1 BASIC-STANDARD-1X ADDITIONAL-1X FAM

**28. Annuitant Indicator:** 9 NOT APPLICABLE

**29. Pay Rate Determinant:** 0

**30. Retirement Plan:** K FERS AND FICA

**31. Service Comp Date (Leave):** 03/11/91

**32. Work Schedule:** F FULL TIME

**33. Part-Time Hours Per Biweekly Pay Period:**

**34. Position Occupied:** 1 (1-Competitive Service; 2-Excepted Service; 3-SES General; 4-SES Career Reserved)

**35. FLSA Category:** E (E-Exempt; N-Nonexempt)

**36. Appropriation Code:**

**37. Bargaining Unit Status:** 0236

**38. Duty Station Code:** 11-0010-001

**39. Duty Station (City - County - State or Overseas Location):** WASHINGTON DIST OF COLUMBIA DC

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

**45. Remarks**

FEDERAL PAY INCREASE DUE TO E.O. 13368 SIGNED 12/30/04.
SALARY INCLUDES A GENERAL INCREASE OF 2.5% ROUNDED AND A LOCALITY PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

**46. Employing Department or Agency:** DEPARTMENT OF THE TREASURY

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| TR AI | 2793 | 12/30/04 |

**50. Signature/Authentication and Title of Approving Official**
ANGIE M. MCNEAL
CHIEF, OHR

3-Part 50-315
Editions Prior to 7/91 Are Not Usable After 6/30
NSN 7540-01-333-62

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

Desk Audit 2004-2006



case level

| | Case Num | Initial Examiner | Current Examiner | Opened Date | Exam Rece [redacted] | |
|---|---|---|---|---|---|---|
| | 420358 | ANDREWSJ | THOMASM | 29-NOV-04 | 03-DEC-04 | 1 |
| | 419953 | ANDREWSJ | THOMASM | 18-NOV-04 | 24-NOV-04 | 1 |
| | 420364 | ANDREWSJ | THOMASM | 29-NOV-04 | 03-DEC-04 | 1 |
| | 420365 | ANDREWSJ | THOMASM | 29-NOV-04 | 03-DEC-04 | 1 |
| | 420532 | ANDREWSJ | THOMASM | 30-NOV-04 | 03-DEC-04 | 1 |
| | 419959 | ANDREWSJ | THOMASM | 18-NOV-04 | 24-NOV-04 | 1 |
| | 500934 | ANDREWSJ | WHITECR | 14-JAN-05 | 31-JAN-05 | 1 |
| | 501075 | ANDREWSJ | WHITECR | 18-JAN-05 | 02-FEB-05 | 1 |
| | 501074 | ANDREWSJ | WHITECR | 18-JAN-05 | 02-FEB-05 | 1 |
| | 616100 | ANDREWSR | ANDREWSR | 12-SEP-06 | 21-SEP-06 | 1 |
| | 616543 | ANDREWSR | ANDREWSR | 18-SEP-06 | 10-OCT-06 | 1 |
| | 614647 | ANDREWSR | ANDREWSR | 15-AUG-06 | 08-SEP-06 | 1 |
| | 606694 | ANDREWSR | ANDREWSR | 04-APR-06 | 26-APR-06 | 1 |
| | 419977 | ANDREWSR | ANDREWSR | 18-NOV-04 | 24-NOV-04 | 1 |
| | 512928 | ANDREWSR | ANDREWSR | 27-JUL-05 | 11-AUG-05 | 1 |
| | 508959 | ANDREWSR | ANDREWSR | 19-MAY-05 | 06-JUN-05 | 1 |
| | 503699 | ANDREWSR | ANDREWSR | 24-FEB-05 | 14-MAR-05 | 1 |
| | 602026 | ANDREWSR | ANDREWSR | 26-JAN-06 | 15-FEB-06 | 1 |
| * | 503697 | BARNETM | ALLENP | 24-FEB-05 | 02-MAR-05 | 1 |
| * | 404470 | BARNETM | ALLENP | 08-MAR-04 | 12-MAR-04 | 1 |
| * | 404691 | BARNETM | ALLENP | 10-MAR-04 | 12-MAR-04 | 1 |
| * | 508771 | BARNETM | LEISERL | 18-MAY-05 | 25-MAY-05 | 1 |
| * | 420897 | BARNETM | ROBINSONL | 03-DEC-04 | 06-DEC-04 | 1 |
| * | 420160 | BARNETM | ROBINSONL | 24-NOV-04 | 06-DEC-04 | 1 |
| | 618480 | BARNETTM | ELLERBEEL | 20-OCT-06 | 23-OCT-06 | 3 |
| | 618062 | BARNETTM | ELLERBEEL | 16-OCT-06 | 23-OCT-06 | 3 |
| | 617953 | BARNETTM | ELLERBEEL | 12-OCT-06 | 23-OCT-06 | 3 |
| | 616523 | BARNETTM | ELLERBEEL | 18-SEP-06 | 20-SEP-06 | 3 |
| | 615710 | BARNETTM | ELLERBEEL | 01-SEP-06 | 13-SEP-06 | 3 |
| * | 518409 | BARNETTM | ROBINSONL | 01-NOV-05 | 07-NOV-05 | 1 |
| | 603368 | BARNETTM | ROBINSONL | 14-FEB-06 | 16-FEB-06 | 1 |
| | 604861 | BARNETTM | ROBINSONL | 08-MAR-06 | 10-MAR-06 | 1 |
| * | 513931 | BARNETTM | ROBINSONL | 16-AUG-05 | 19-AUG-05 | 1 |
| * | 514306 | BARNETTM | ROBINSONL | 19-AUG-05 | 22-AUG-05 | 1 |
| * | 515269 | BARNETTM | ROBINSONL | 12-SEP-05 | 16-SEP-05 | 1 |
| * | 518242 | BARNETTM | ROBINSONL | 27-OCT-05 | 03-NOV-05 | 1 |
| * | 518679 | BARNETTM | ROBINSONL | 03-NOV-05 | 04-NOV-05 | 1 |
| | 613005 | BARNETTM | ROBINSONL | 24-JUL-06 | 03-AUG-06 | 3 |
| | 612148 | BARNETTM | ROBINSONL | 06-JUL-06 | 03-AUG-06 | 3 |
| | 610847 | BARNETTM | ROBINSONL | 14-JUN-06 | 16-JUN-06 | 3 |
| | 607167 | BARNETTM | ROBINSONL | 12-APR-06 | 27-APR-06 | 3 |
| | 606948 | BARNETTM | ROBINSONL | 10-APR-06 | 27-APR-06 | 3 |
| | 610260 | BARNETTM | ROBINSONL | 06-JUN-06 | 14-JUN-06 | 3 |
| | 611092 | BARNETTM | ROBINSONL | 19-JUN-06 | 20-JUN-06 | 3 |
| | 607834 | BARNETTM | ROBINSONL | 25-APR-06 | 27-APR-06 | 3 |

79

case level

| Case Num | Initial Examiner | Current Examiner | Opened Date | Exam [redacted] Rec | [redacted] |
|---|---|---|---|---|---|
| 618623 | BARNETTM | ROBINSONL | 23-OCT-06 | 31-OCT-06 | 3 |
| 612641 | BARNETTM | TAYLORCR | 14-JUL-06 | 03-AUG-06 | 1 |
| 401671 | BRISCOEM | ALLENP | 27-JAN-04 | 05-FEB-04 | 1 |
| 401672 | BRISCOEM | ALLENP | 27-JAN-04 | 05-FEB-04 | 1 |
| 401673 | BRISCOEM | ALLENP | 27-JAN-04 | 05-FEB-04 | 1 |
| 401674 | BRISCOEM | ALLENP | 27-JAN-04 | 05-FEB-04 | 1 |
| 401675 | BRISCOEM | ALLENP | 27-JAN-04 | 05-FEB-04 | 1 |
| 400196 | BRISCOEM | ALLENP | 07-JAN-04 | 20-JAN-04 | 1 |
| 400197 | BRISCOEM | ALLENP | 07-JAN-04 | 20-JAN-04 | 1 |
| 400617 | BRISCOEM | ALLENP | 09-JAN-04 | 22-JAN-04 | 1 |
| 400619 | BRISCOEM | ALLENP | 09-JAN-04 | 22-JAN-04 | 1 |
| 400105 | BRISCOEM | ALLENP | 06-JAN-04 | 16-JAN-04 | 1 |
| 401040 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401041 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401042 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401043 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401044 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401045 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 400783 | BRISCOEM | ALLENP | 12-JAN-04 | 16-JAN-04 | 1 |
| 402049 | BRISCOEM | ALLENP | 30-JAN-04 | 06-FEB-04 | 1 |
| 402054 | BRISCOEM | ALLENP | 30-JAN-04 | 06-FEB-04 | 1 |
| 401037 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401038 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401039 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 400419 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400420 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400421 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400422 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400415 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400416 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400417 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400418 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400100 | BRISCOEM | ALLENP | 06-JAN-04 | 16-JAN-04 | 1 |
| 400101 | BRISCOEM | ALLENP | 06-JAN-04 | 16-JAN-04 | 1 |
| 400102 | BRISCOEM | ALLENP | 06-JAN-04 | 16-JAN-04 | 1 |
| 400103 | BRISCOEM | ALLENP | 06-JAN-04 | 16-JAN-04 | 1 |
| 400104 | BRISCOEM | ALLENP | 06-JAN-04 | 16-JAN-04 | 1 |
| 402058 | BRISCOEM | ALLENP | 30-JAN-04 | 06-FEB-04 | 1 |
| 400423 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400425 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400426 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400427 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 400429 | BRISCOEM | ALLENP | 08-JAN-04 | 20-JAN-04 | 1 |
| 401051 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |
| 401052 | BRISCOEM | ALLENP | 14-JAN-04 | 29-JAN-04 | 1 |

BEP ORIG 02-02

BUREAU OF ENGRAVING AND PRINTING
PERSONNEL SERVICES DIVISION
13TH & C STREETS, SW, RM 446-PD
WASHINGTON, DC 20028

TO: Tina M. Barnett
18185 Tebbs Lane
Dumfries, VA 22026

DATE: ____________

Position: Mutilated Currency Specialist

Announcement # 2005-119-AAd

We appreciate your interest in working for the Bureau of Engraving and Printing. Your application was referred to the selecting official, however another individual was selected. If you have any questions please contact ____________

## BUREAU OF ENGRAVING AND PRINTING

PERSONNEL SERVICES DIVISION
13TH & C STREETS, SW, RM 446-PD
WASHINGTON, DC 20028

TO: Tina M. Barnett
18185 Tebbs Lane
Dumfries, VA 22026

DATE: ____________

Your application/resume for the position of: Mutilated Currency Specialist

Announcement #: 2005-119-AAD has been reviewed. The following action was taken:

- ☐ You met the qualifications of this position. We will notify you of the next step.
- ☐ You did not meet the eligibility requirements for this position.
- ☐ You did not meet the qualification requirements for this position.
- ☐ You were outside the area of consideration for the announcement.
- ☐ You are not a Bureau of Engraving and Printing employee.
- ☐ Other. ____________ ☐ No further action will be taken.
- ☐ We appreciate your interest in working for the Bureau of Engraving and Printing and encourage you to apply for future vacancies for which you may be eligible. If you need additional information, please contact: ____________

## BUREAU OF ENGRAVING AND PRINTING

PERSONNEL SERVICES DIVISION
13TH & C STREETS, SW, RM 446-PD
WASHINGTON, DC 20028

TO: Tina M. Barnett
18185 Tebbs Lane
SDumfries, VA 22026

DATE: 9/23/2005

This notice is being sent to you to acknowledge receipt of your application/resume for the position of Mutilitad Currency Specialist

Announcement # 2005-119-AAD

**We will notify you when the next step in the process is completed. Thank you for your interest.**

# BEP APPLICANT LISTING

| ANNOUNCEMENT # | OPENING DATE: | CLOSING DATE: |
|---|---|---|
| 2005-115-AAD | 08/30/2005 | 09/13/2005 |

| POSITION TITLE,SERIES, AND GRADE: | ORGANIZATION: |
|---|---|
| Claims Control Technician GS-0303-06 | Office of Currency Standards |

| NAME | ORGAN | STATUS | Q | NQ | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| ALY, Layla | BEP | S | | X | GS-05 | [illegible] |
| MANCUS, Jessalyn L. | BEP | S | X | | GS-08 | |

DEPARTMENT OF THE TREASURY
BUREAU OF ENGRAVING AND PRINTING
WASHINGTON, D.C. 20228


September 22, 2005

MEMORANDUM TO: Charles Jones, Currency Control Officer, Mutilated Currency Division, Office of Currency Standards

FROM: Annette Dawkins, Human Resources Specialist, x4-3199

SUBJECT: Claims Control Technician, GS-303-06/07, Ann. #2005-115-AAD

The following application is referred to you for consideration to the subject position. The following individual is not subject to the merit promotion process since they have either previously held the GS-06/07 level:

Jessalyn L. Marcus

Attachment

# MERIT APPLICANT LISTING

| ANNOUNCEMENT # | OPENING DATE: | CLOSING DATE: |
|---|---|---|
| 2005-122-AAD | 10/04/2005 | ######## 10/18/2005 |

| POSITION TITLE,SERIES, AND GRADE: | ORGANIZATION: |
|---|---|
| Claims Control Technician, GS-303-05 | Office of Currency Standards<br>Claims Processing Branch |

| | ORGAN | STATUS | Q | NQ | COMMENTS | |
|---|---|---|---|---|---|---|
| Epps, James E | BEP | | X | | | |
| Marcus, Jessalyn. | BEP | | X | | | |
| Parker, Barrie S | BEP | | X | | | |

34

DEPARTMENT OF THE TREASURY
BUREAU OF ENGRAVING AND PRINTING
WASHINGTON, D.C. 20228

October 25, 2005

MEMORANDUM TO: Charles L. Jones
Currency Control Officer
Claims Processing Branch

FROM: Annette Dawkins
Human Resources Specialist, x4-3199

SUBJECT: Claims Control Technician
GS-303-05
Ann. #2005-122-AAD

The following applications are referred to you for consideration to the subject position. The following individuals are not subject to the merit promotion process since they have either previously held the GS-05 level or are currently at the same grade level in the Federal service:

Epps, James E.
Parker, Barrie S.
Marcus, Jessalyn L.

No selection was made
C Jones
11/14/05

Attachments

**Dawkins Annette**

| | |
|---|---|
| **rom:** | HR_Connect@hrconnect treas gov |
| **Sent:** | Monday, April 24, 2006 1 51 PM |
| **To:** | @HRConnect_SF52 |
| **Subject:** | 10 10 - New Power Recruiting Request |

The following requisition request has been submitted for action:

| | |
|---|---|
| Request #: | 42439 |
| Title: | Mutilated Currency Specialist |
| Pay Plan: | GS |
| Series: | 0301 |
| Grade: | |
| Contact Proxy: | Lawann Patrice Ellerbee |
| Contact Manager: | Lorraine E Robinson |

Please log into HR Connect and navigate to Go > Develop Workforce > Recruit Workforce(USF) > Use > Display Requisition Request

This message was sent from an automated system that cannot receive e-mail. Please do not reply to this message.

Action

Mgt. posted this position 1½ months after I resigned which meant at least (2) two Mutilated Currency Examiner GS/9 positions would become available in the Washington, DC (Office of Currency Standards) facility that I could have been trsf./detailed/reassigned to.

This is contrary to what Catherine Yager stated in meeting held in Feb. 2006 "There will be no positions available in O.C.S. (DC facility) anytime in the near future. Ms Marcus' job is in Texas and that is where she will have to return" or similar comment.

A total of (9) nine positions opened and posted in the DC (Office of Currency Standards) after I resigned from the agency, between May 2006 and January 2007.



36

DEPARTMENT OF THE TREASURY
BUREAU OF ENGRAVING AND PRINTING

# JOB VACANCY ANNOUNCEMENT

ANNOUNCEMENT NO: 2006-046-AAD

OPENING DATE: 05/10/06

NO. OF VACANCIES: 2

CLOSING DATE: 05/17/06

LOCATION: Washington, DC
(RELOCATION EXPENSES WILL NOT BE PAID)

POSITION: Mutilated Currency Specialist
Examining and Redemption Branch, Office of Currency Standards

SALARY: **$54,272 - 70,558 per annum - includes locality**

SERIES AND GRADE: GS-0301-11

PROMOTION POTENTIAL: None-

AREA OF CONSIDERATION: Status BEP (Washington, DC Commuting Area)

POSITION SENSITIVITY: High Risk: Selectee subject to a full field background investigation.

---

## THIS VACANCY ANNOUNCEMENT IS CANCELLED

## AS OF 5/11/06.



The Bureau of Engraving and Printing is an Equal Opportunity Employer

Multilated Currency Examiners/Multilated Currency Specialist in 2004

| NAME | JOB TITLE | GR | PD# | LOC | LOT | EFF DATE |
|---|---|---|---|---|---|---|
| BARNETT, TINA M | MUTILATED CURRENCY SPECIALIST | 09 | 12530V | DC | 5/16/2004 | 12/12/2004 |
| DANSBY, OLA M | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 1/3/2004 |
| EWING, NELLIE L | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 1/3/2004 |
| FERGUSON JR, ROSCOE C | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 4/6/2003 | 10/31/2004 |
| FREEMAN, GAO E | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 4/4/2004 | 10/31/2004 |
| GLOVER, PENNY | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 1/11/2004 | 10/31/2004 |
| GROOMS, DONNA M | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 5/26/2004 |
| LITTLEPAGE, ELIZABETH M | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 1/3/2004 |
| MARCUS, JESSALYN L | MUTILATED CURRENCY EXAMINER | 07 | 10010V | FW | 4/4/2004 | 10/31/2004 |
| MCGILL, LORRAINE E | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 10/31/2004 |
| PETTY, MARGARET A | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 10/31/2004 |
| SHANKLIN, FREIDA F | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 10/31/2004 |
| SUTTON, CARRIE L | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 10/31/2004 |
| TAYLOR, KIMBERLY R | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 10/31/2004 |
| THOMAS, ARLENE | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 1/1/2004 |
| THOMAS, MARY F | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 12/31/2004 |
| WALSH, ERIC P | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 4/18/2004 | 10/31/2004 |
| WILLIAMS, SHARON D | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 | 10/31/2004 |

REDACTED - Multilated Currency Examiners/Multilated Currency Specialist in 2004

| NAME | JOB TITLE | GR | PD# | LOC | RACE | AGE | SEX | HC | LOT | EFF DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | MUTILATED CURRENCY SPECIALIST | 09 | 12530V | DC | WHITE NOT OF HISPANIC ORIGIN | 45 | FEMALE | 5 | 5/16/2004 | 12/12/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 65 | FEMALE | 5 | 3/24/2002 | 1/3/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 60 | FEMALE | 5 | 3/24/2002 | 1/3/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 53 | MALE | 5 | 4/6/2003 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | BLACK NOT OF HISPANIC ORIGIN | 55 | MALE | 5 | 4/4/2004 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | 45 | FEMALE | 5 | 1/11/2004 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 41 | FEMALE | 5 | 3/24/2002 | 5/26/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 60 | FEMALE | 5 | 3/24/2002 | 1/3/2004 |
| MARCUS, JESSALYN L | MUTILATED CURRENCY EXAMINER | 07 | 10010V | FW | BLACK NOT OF HISPANIC ORIGIN | 35 | FEMALE | 5 | 4/4/2004 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 51 | FEMALE | 5 | 3/24/2002 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 44 | FEMALE | 5 | 3/24/2002 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 41 | FEMALE | 5 | 3/24/2002 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 66 | FEMALE | 5 | 3/24/2002 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 35 | FEMALE | 5 | 3/24/2002 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 73 | FEMALE | 5 | 3/24/2002 | 1/1/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 66 | FEMALE | 5 | 3/24/2002 | 12/31/2004 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | WHITE NOT OF HISPANIC ORIGIN | 27 | MALE | 5 | 4/18/2004 | 10/31/2004 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 43 | FEMALE | 5 | 3/24/2002 | 10/31/2004 |

Office of Currency of Standard in 2005

| NAME | JOB TITLE | GR | PD# | LOC | LENGTH OF TIME |
|---|---|---|---|---|---|
| ANDREWS HALLMAN, RASHIDA | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 9/18/2005 |
| BARNETT, TINA M | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 10/16/2005 |
| BUSH, MICHAEL J | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 1/22/2006 |
| CARMICHEAL, WILLIE L | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| FERGUSON JR, ROSCOE C | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 4/6/2003 |
| FREEMAN, GAO E | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 4/4/2005 |
| GLOVER, PENNY | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 8/6/2006 |
| GRAY, BARBARA | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 1/22/2006 |
| JONES, LERLEEN P | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| MARCUS, JESSALYN L | MUTILATED CURRENCY EXAMINER | 08 | 11212V | FW | 3/20/2005 |
| MCGILL, LORRAINE E | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| PETTY, MARGARET A | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| PRICE GAINES, CASSANDRA S | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| SHANKLIN, FREIDA F | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| SUTTON, CARRIE L | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| TAYLOR, KIMBERLY R | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| WALSH, ERIC P | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 6/25/2006 |
| WHITE, MELISSA K | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| WILLIAMS, SHARON D | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |

REDACTED - Office of Currency of Standard in 2005

| NAME | JOB TITLE | GR | PD# | LOC | RACE | SEX | AGE | HANDICAP STATUS | LENGTH OF TIME |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 27 | 5 | 9/18/2005 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | WHITE NOT OF HISPANIC ORIGIN | FEMALE | 46 | 5 | 10/16/2005 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | WHITE NOT OF HISPANIC ORIGIN | MALE | 44 | 47 | 1/22/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | MALE | 41 | 5 | 9/17/2006 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | MALE | 54 | 5 | 4/6/2003 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | MALE | 56 | 5 | 4/4/2005 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 46 | 5 | 8/6/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | BLACK NOT OF HISPANIC ORIGIN | MALE | 50 | 5 | 1/22/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 50 | 5 | 9/17/2006 |
| MARCUS, JESSALYN L | MUTILATED CURRENCY EXAMINER | 08 | 11212V | FW | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 36 | 5 | 3/20/2005 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 52 | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 45 | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 42 | 5 | 9/17/2006 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 42 | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 67 | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 36 | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | WHITE NOT OF HISPANIC ORIGIN | MALE | 28 | 5 | 6/25/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 35 | 5 | 9/17/2006 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | FEMALE | 44 | 5 | 3/24/2002 |

Mutlated Currency Examiners/Multilated Currency Specialist 1/2006 to12/31/2006

| NAME | JOB TITLE | GR | PD# | LOC | LENGTH OF TIME |
|---|---|---|---|---|---|
| ANDREWS HALLMAN, RASHIDA | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 9/18/2005 |
| BUSH, MICHAEL J | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 1/22/2006 |
| CARMICHEAL, WILLIE L | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| FREEMAN, GAO E | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 4/4/2005 |
| GRAY, BARBARA | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | 1/22/2006 |
| JONES, LERLEEN P | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| MARCUS, JESSALYN L | MUTILATED CURRENCY EXAMINER | 08 | 11212V | FW | 3/20/2005 |
| PRICE GAINES, CASSANDRA S | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| WHITE, MELISSA K | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | 9/17/2006 |
| BARNETT, TINA M | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 10/16/2005 |
| FERGUSON JR, ROSCOE C | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 4/6/2003 |
| GLOVER, PENNY | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 8/6/2006 |
| MCGILL, LORRAINE E | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| PETTY, MARGARET A | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| SHANKLIN, FREIDA F | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| SUTTON, CARRIE L | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| TAYLOR, KIMBERLY R | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |
| WALSH, ERIC P | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 6/25/2006 |
| WILLIAMS, SHARON D | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | 3/24/2002 |

REDACTED - Mutlated Currency Examiners/Multilated Currency Specialist 1/2006 to12/31/2006

| NAME | JOB TITLE | GR | PD# | LOC | RACE | AGE | SEX | DISABILITY STATUS | LENGTH OF TIME |
|---|---|---|---|---|---|---|---|---|---|
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | BLACK NOT OF HISPANIC ORIGIN | 27 | FEMALE | 5 | 9/18/2005 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | WHITE NOT OF HISPANIC ORIGIN | 47 | MALE | 47 | 1/22/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | 44 | MALE | 5 | 9/17/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | 59 | MALE | 5 | 4/4/2005 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 07 | 10010V | DC | BLACK NOT OF HISPANIC ORIGIN | 53 | MALE | 5 | 1/22/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | 53 | FEMALE | 5 | 9/17/2006 |
| MARCUS, JESSALYN L | MUTILATED CURRENCY EXAMINER | 08 | 11212V | FW | BLACK NOT OF HISPANIC ORIGIN | 39 | FEMALE | 5 | 3/20/2005 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | 45 | FEMALE | 5 | 9/17/2006 |
| [redacted] | MUTILATED CURRENCY EXAMINER | 08 | 11212V | DC | BLACK NOT OF HISPANIC ORIGIN | 38 | FEMALE | 5 | 9/17/2006 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | WHITE NOT OF HISPANIC ORIGIN | 49 | FEMALE | 5 | 10/16/2005 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 57 | MALE | 5 | 4/6/2003 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 49 | FEMALE | 5 | 8/6/2006 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 55 | FEMALE | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 48 | FEMALE | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 45 | FEMALE | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 70 | FEMALE | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 39 | FEMALE | 5 | 3/24/2002 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | WHITE NOT OF HISPANIC ORIGIN | 31 | MALE | 5 | 6/25/2006 |
| [redacted] | MUTILATED CURRENCY SPECIALIST | 11 | 13186V | DC | BLACK NOT OF HISPANIC ORIGIN | 47 | FEMALE | 5 | 3/24/2002 |

**AFFIDAVIT**

I, Ola Dansby, hereby swear and affirm under the penalties of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I have first hand knowledge that Valencia Shirley (former employees in The Office of Currency Standards) received salary/grade increases within 6 months without having remained in-grade for the full 52 weeks as codified in the Code of Federal Regulations, 5 C.F.R. S 300.604, which requires a federal employee to serve a minimum of 52 weeks in grade prior to the next promotion.

2. Gracie Scruggs, retired Office Manager in The Office of Currency Standards, was allowed to take extended sick leave, as well as, Donna Grooms a former Mutilated Currency Specialist that worked under my supervision in The Office of Currency Standards. During Ms. Grooms leave I never received the Certification of Health Care Provider, Form WH-380. Ms. Grooms simply submitted updated standard doctor notices and was allowed extended sick leave that lasted well over a year. Other Examiners in The Office of Currency Standards that were granted extended leave are Pamela Allen (former employee), Michael Bush, (current Mutilated Currency Examiner), and Freida Shanklin (current Mutilated Currency Specialist).

3. During the 2003 staff meeting which was called by Mr. Gregory Carper, Leonard Olijar, and Lorraine Robinson, Mr. Carper stated the meeting was for the GS/11 Mutilated Currency Specialist to consider relocating to the Texas facility so they could process the Level 4 and 5 cases (which are the most difficult cases) on the public tour. Since the Level 4 and level 5 cases are processed mainly by the GS/11 Mutilated Currency Specialist the proposition was directed at the higher grade Examiners. Ms. Marcus asked if the offer was being made only to the GS/11 Mutilated Currency Specialists and Mr. Carper said if she and/or any other lower level Examiner was interested in the relocation they would be placed in an accelerated training program so they would be able to process the more difficult cases and they would be bumped to the GS/11 position. Ms. Gloria Spriggs was NOT present at this meeting and Roscoe Ferguson was not the properly selected NTEU representative at this meeting.

4. A GS/6 Mutilated Currency Examiner is required to work cases Level 1-3 and is being instructed on how to process the Level 4 cases.

5. A GS/7 Mutilated Currency Examiner is required to work cases Level 1-3 with some Level 4 cases.

6. A GS/8 Mutilated Currency Examiner is required to work cases Level 1-4 and is being instructed on how to process the Level 5 cases. At this level they are working independently and are signing off on their own cases.

7. A GS/9 Mutilated Currency Examiner is required to work all cases Level 1-5 and sign their own cases.

tabbles® EXHIBIT 2

44

8. A GS/11 Mutilated Currency Specialist is required to work mainly Level 4 and 5 cases and rotates in the office as a Team leader with additional duties that include assisting lower level Examiners and checking their completed cases, monitoring work levels of lower level Examiners, grading the cases for level of difficulty, accepting currency from walk-in customers, and handling telephone inquiries from customers on the procedures on how to send in damaged currency for redemption, as well as, giving updates on the status of their case(s).

9. I have firsthand knowledge that Tina Barnett started at The Bureau of Engraving and Printing as an Accounting Technician in The Office of Currency Standards in or around 2000 and was later promoted to a Mutilated Currency Examiner in 2001. However, Mrs. Barnett was detailed as an Accounting Technician in the Settlement Room from 2001 where she remained until I retired in the Winter of 2003. At NO time did Mrs. Barnett train as a Mutilated Currency Examiner nor did she ever process any of the mutilated currency cases during this time. As an expert in this field, having worked as a Mutilated Currency Examiner for over 30 + years I can testify that it would have been extremely difficult for Mrs. Barnett to have gained the necessary experience needed to process the Level 4 and 5 cases all the while simultaneously working as an Accounting technician. I have also kept close contact with several employees in The Office of currency Standards since my retirement and have been informed that Mrs. Barnett has still not yet been trained nor processed any of the mutilated currency cases (level 1-5).

I have personal knowledge of the foregoing matters and am fully competent to testify with respect thereto.

Ola M Dansby
Ola Dansby

Date: 7/5/06

Sworn to before me
this 5th Day of July 2007

R Mangal
Notary

RUKMATIE MANGAL
Notary Public, Henry County, Georgia
My Commission Expires July 25, 2008