AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FILED
SEP - 2 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JESSALYN MARCUS
*Plaintiff*
v.
JANET YELLEN et al
*Defendant*

Civil Action No. CA 09-1686 (EGS)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: Defendants' Motion for Summary Judgment is granted. It is further ordered that Lorraine Robinson, Gregory Carper, Catherine Fager and Leonard Olijar are dismissed as party defendants. It is further ordered that Plaintiff's Motion for Partial Summary Judgment is denied. It is further ordered that judgment shall be entered for defendants.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge EMMET G. SULLIVAN on a motion for Summary Judgment filed by the defendants on 11/21/2019

Date: 09/02/2022

*ANGELA D. CAESAR, CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*